UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and RACHELLE FRISBY, as Joint Provisional Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD., and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>Plaintiffs,<br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al*.<br><br>Defendants. | Adv. Proc. No. 23-01000 (LGB) |

## STIPULATION AND ORDER

**WHEREAS,** Plaintiffs Rachelle Frisby and John Johnston of Deloitte Ltd., in their capacities as the Joint Provisional Liquidators and authorized foreign representatives ("JPLs") for PB Life and Annuity Co., Ltd. (in provisional liquidation) ("PBLA"), Northstar Financial Services

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Ltd., Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on April 2, 2021, Main Case, ECF No. 42.

1

(Bermuda) Ltd. (in liquidation) ("Northstar"), Omnia Ltd. (in liquidation) ("Omnia") and PB Investment Holdings Ltd. (in liquidation) ("PBIHL," together with PBLA, Northstar and Omnia, the "Debtors"), in proceedings currently pending before the Supreme Court of Bermuda (the "Bermuda Court"), Companies (Winding Up) Commercial Court, 2020: No. 306, 304 and 305, and 441 respectively (the "Bermuda Proceedings") as well as PBLA, Northstar, Omnia and PBIHL (the JPLs, PBLA, Northstar, Omnia, and PBIHL, collectively the "Plaintiffs") commenced the instant Adversary Proceeding on January 4, 2023.

**WHEREAS,** plaintiff Northstar holds investments in one or more of the following entities: (i) Damoco Bidco Limited (UK); (ii) Damoco Holdco Limited (UK); (iii) Damoco Midco Limited (UK); (iv) Damova Polska SP. Zo.O; (v) Damovo Belgium NV/SA; (vi) Damovo Costa Rica SRL; (vii) Damovo Deutschland GmbH & Co. KG; (viii) Damovo Deutschland Topco GmbH; (ix) Damovo Deutschland Verwaltungs GmbH; (x) Damovo Global Services (UK) Limited; (xi) Damovo Holdings Deutschland GmbH; (xii) Damovo Ireland Limited; (xiii) Damovo Ltd (Atlanta Topco Limited); (xiv) Damovo Luxembourg S.A.R.L.; (xv) Damovo Österreich GmbH; (xvi) Damovo Schweiz AG; (xvii) Damovo Sverige.AB; (xviii) Damovo USA, Inc.; (xix) Atlanta Bidco Limited; (xx) Atlanta Midco Limited; and (xxi) Atlanta Topco Limited (collectively, the "Damovo Defendants").

**WHEREAS,** the instant Adversary Proceeding names, among other named defendants, the Damovo Defendants.

**WHEREAS,** undersigned counsel to the Plaintiffs and counsel to the Damovo Defendants have agreed to stay the Adversary Proceeding as against the Damovo Defendants.

**IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:**

1. The Adversary Proceeding is stayed as against the Damovo Defendants.

2. The Plaintiffs have the right to terminate this Stipulation and Order on sixty (60)-days' written notice to undersigned counsel to the Damovo Defendants. Upon termination of this Stipulation and Order, the Damovo Defendants shall answer or file a motion to the Complaint within thirty (30) days.

3. Except as set forth in Paragraph 2, nothing in this Stipulation and Order amends, releases, or otherwise affects any contractual, statutory, common law, or equitable rights, claims, or defenses in any jurisdiction of any of the Plaintiffs or the Damovo Defendants.

| **CONDON TOBIN SLADEK THORNTON NERENBERG PLLC** *Attorneys for Damovo Defendants*<br><br>By: */s/ Jared T.S. Pace*<br>Aaron Z. Tobin (*pending pro hac vice*)<br>Jared T.S. Pace (*pending pro hac vice*)<br>Taryn Ourso (*pending pro hac vice*)<br>Gage Taylor (*pending pro hac vice*)<br>8080 Park Lane, Suite 700<br>Dallas, Texas 75231<br>Telephone: 214-265-3800<br>Facsimile: 214-691-6311 | **STEVENS & LEE, P.C.** *Attorneys for the Plaintiffs*<br><br>By: */s/ Constantine D. Pourakis*<br>Constantine D. Pourakis<br>Nicholas F. Kajon<br>Eric M. Robinson<br>485 Madison Avenue, 20th Floor<br>New York, New York 10022<br>constantine.pourakis@stevenslee.com<br>nicholas.kajon@stevenslee.com<br>eric.robinson@stevenslee.com |
|---|---|

**SO ORDERED THIS 9th DAY OF FEBRUARY 2023:**

**/s/ Lisa G. Beckerman**
UNITED STATES BANKRUPTCY JUDGE

01/23/2023 SL1 1823028v3 114822.00001