UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br><br>        Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and RACHELLE FRISBY, as Joint Provisional Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD., and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>        Plaintiffs,<br><br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al*.<br><br>        Defendants. | Adv. Proc. No. 23-01000 (LGB) |

## STIPULATION AND ORDER

**WHEREAS,** Plaintiffs Rachelle Frisby and John Johnston of Deloitte Financial Advisory

Ltd., in their capacities as the Joint Provisional Liquidators and authorized foreign representatives

("JPLs") for PB Life and Annuity Co., Ltd. ("PBLA"), Northstar Financial Services (Bermuda)

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Financial Advisory Ltd., Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on April 2, 2021, Main Case, ECF No. 42.

Ltd. ("Northstar"), Omnia Ltd. ("Omnia") and PB Investment Holdings Ltd. ("PBIHL," together with PBLA, Northstar and Omnia, the "Debtors"), in liquidation proceedings currently pending before the Supreme Court of Bermuda, Companies (Winding Up) Commercial Court, 2020: No. 306, 304 and 305, and 441 respectively as well as PBLA, Northstar, Omnia and PBIHL (the JPLs, PBLA, Northstar, Omnia, and PBIHL, collectively the "Plaintiffs") commenced the instant Adversary Proceeding on January 4, 2023.

**WHEREAS,** the "Clanwilliam Defendants" means the following entities: (i) A.C.J Computer Services Limited; (ii) Analytical Medical Insight Limited; (iii) Bluespier International Limited; (iv) British Orient Infotel Private Limited; (v) Claimsure Slainte (Ireland) Limited; (vi) Clanwilliam Australia Investments Pty Limited; (vii) Elements Communications Limited; (viii) Clanwilliam Headquarters Limited; (ix) Clanwilliam Health (DGL) Limited; (x) Clanwilliam Health (RX Web) Limited; (xi) Clanwilliam Health (Socrates) Limited; (xii) Clanwilliam Health Limited; (xiii) Clanwilliam Investments (UK) Limited; (xiv) Clanwilliam Investments Ireland Limited; (xv) Clanwilliam NZ Limited; (xvi) Clanwilliam Software Limited; (xvii) Clanwilliam Ventures Limited; (xviii) Connect2 CME Limited N/K/A Alchemie Medical Education Limited; (xix) Connect 2 Medical Communications Limited; (xx) Dictate IT Limited; (xxi) Epic Care Home Technologies Limited; (xxii) Epic Solutions Limited; (xxiii) Health Ireland Partners Limited; (xxiv) MBS Investments Pty Limited N/K/A Clanwilliam Australia Pty Limited; (xxv) Healthlink Group Limited; (xxvi) Healthlink Group Pty Limited; (xxvii) Healthlink Research Limited; (xxviii) Helix Health Group Limited; (xxix) Helix Health Software Limited; (xxx) HH Spiral Holdings Limited; (xxxi) Informatica Systems Limited; (xxxii) Konnect Net Limited; (xxxiii) Maxwell Stanley Consulting Investments Limited; (xxxiv) Maxwell Stanley Consulting Limited; (xxxv) Medical Business Systems Pty Limited; (xxxvi) Notochord Limited; (xxxvii) Obsidian

27936384v1 92132.127.09

Healthcare Group Limited; (xxxviii) Pharmasys Investments Limited; (xxxix) Pharmasys Limited; (xl) PMMS Investments Limited; (xli) Professional Medical Management Services Limited; (xlii) Pulse IT Communications Pty Limited; and (xliii) Toniq Limited.

**WHEREAS,** the instant Adversary Proceeding names, among other named defendants, the Clanwilliam Defendants.

**WHEREAS,** undersigned counsel to the Plaintiffs and counsel to the Clanwilliam Defendants have agreed to stay the Adversary Proceeding as against the Clanwilliam Defendants.

**IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:**

1. The Adversary Proceeding is stayed as against the Clanwilliam Defendants.

2. The Plaintiffs have the right to terminate this Stipulation and Order on sixty (60)-days' written notice to undersigned counsel to the Clanwilliam Defendants. Upon termination of this Stipulation and Order, the Clanwilliam Defendants shall answer or file a motion to the amended complaint within thirty (30) days.

3. Except as set forth in Paragraph 2, nothing in this Stipulation and Order amends, releases, or otherwise affects any contractual, statutory, common law, or equitable rights, claims, or defenses in any jurisdiction of any of the Plaintiffs or the Clanwilliam Defendants.

Dated: March 13, 2023

| **CONDON TOBIN SLADEK THORNTON NERENBERG PLLC** | **STEVENS & LEE, P.C.** |
|---|---|
| */s/ Jared T.S. Pace*<br>Aaron Z. Tobin (*pro hac vice*)<br>Jared T.S. Pace (*pro hac vice*)<br>Taryn Ourso (*pro hac vice*)<br>Gage Taylor (*pro hac vice*)<br>8080 Park Lane, Suite 700<br>Dallas, Texas 75231<br>Telephone: 214-265-3800<br>Facsimile: 214-691-6311 | By: */s/ Nicholas F. Kajon*<br>Nicholas F. Kajon<br>Eric M. Robinson<br>Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, New York 10022<br>nicholas.kajon@stevenslee.com<br>eric.robinson@stevenslee.com<br>constantine.pourakis@stevenslee.com |

| *Attorneys for Clanwilliam Defendants* | *Attorneys for the Plaintiffs* |

**SO ORDERED THIS ___ DAY OF MARCH 2023:**

_____
UNITED STATES BANKRUPTCY JUDGE