UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> PB LIFE AND ANNUITY CO., LTD., *et al.*,[1] <br><br> Debtors in Foreign Proceedings. | Chapter 15 <br><br> Case No. 20-12791 (LGB) <br><br> (Jointly Administered) |
| JOHN JOHNSTON and RACHELLE FRISBY, as Joint Provisional Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD. and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD., <br><br>  Plaintiffs, <br><br> v. <br><br> GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al.*, <br><br>  Defendants. | Adv. Proc. No. 23-01000 (LGB) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, that Appellants, Rachelle Frisby and John Johnston of Deloitte Ltd., in their capacities as the Joint Provisional Liquidators ("JPLs") and authorized foreign representatives for PB Life and Annuity Co., Ltd. ("PBLA"), Northstar Financial

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Ltd., Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on April 2, 2021 [Main Case, ECF No. 42].

Services (Bermuda) Ltd. ("Northstar"), Omnia Ltd. ("Omnia") and PB Investment Holdings Ltd. ("PBIHL"), in liquidation proceedings currently pending before the Supreme Court of Bermuda, Companies (Winding Up) Commercial Court, 2020: No. 306, 304 and 305, and 441 respectively as well as PBLA, Northstar, Omnia and PBIHL (the JPLs, PBLA, Northstar, Omnia, and PBIHL, collectively the "Appellants") by and through their counsel, hereby appeal pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8003 to the United States District Court for the Southern District of New York from the United States Bankruptcy Court for the Southern District of New York's *Order Granting Motion to Stay Adversary Proceeding as to NC Insurance Companies Subject to Plaintiffs Obtaining an Order From the Rehabilitation Court Authorizing the Filing of the Complaint and the Prosecution of the Adversary Proceeding*, dated March 10, 2023 [Docket No. 78], a copy of which is attached hereto as Exhibit A, in the above-captioned Adversary Proceeding. The Appellants' Civil Cover Sheet is attached hereto as Exhibit B.

The names, addresses, and telephone numbers of the Appellants' and Appellees' respective attorneys are as follows:

Appellants:
Nicholas F. Kajon
Eric M. Robinson
Constantine D. Pourakis
STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 319-8500
nicholas.kajon@stevenslee.com
eric.robinson@stevenslee.com
constantine.pourakis@stevenslee.com

| | |
|---|---|
| Appellees: | Norman N. Kinel<br>Nava Hazan<br>Michelle N. Saney<br>Squire Patton Boggs (US) LLP<br>1211 Avenue of the Americas, 26th Floor<br>New York, NY 10136<br>norman.kinel@squirepb.com<br>nava.hazan@squirepb.com<br>michelle.saney@squirepb.com<br><br>-and-<br><br>Wes J. Camden<br>Lauren E. Fussell<br>Caitlin M. Poe<br>Williams Mullen<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601<br>wcamden@williamsmullen.com<br>cpoe@williamsmullen.com<br>lfussell@williamsmullen.com<br><br>*Co-Counsel for Appellees Colorado Bankers Life Insurance Company, Bankers Life Insurance Company, Southland National Insurance Corporation, and Southland National Reinsurance Corporation* |
| Dated: March 24, 2023<br>New York, New York | **STEVENS & LEE, P.C.**<br><br>*/s/ Nicholas F. Kajon*<br>Nicholas F. Kajon<br>Eric M. Robinson<br>Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, New York 10022<br>Telephone: 212-319-8500<br>Facsimile: 212-319-8505<br>nicholas.kajon@stevenslee.com<br>eric.robinson@stevenslee.com<br>constantine.pourakis@stevenslee.com<br><br>*Counsel for Appellants* |

3