UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br><br>  Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and RACHELLE FRISBY, as Joint Provisional Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD. and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>  Plaintiffs,<br><br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al.*,<br><br>  Defendants. | Adv. Proc. No. 23-01000 (LGB) |

**ORDER GRANTING FOLEY & LARDNER LLP'S APPLICATION TO WITHDRAW AS ATTORNEYS OF RECORD FOR STANDARD ADVISORY SERVICES LTD**

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd. and Omnia Ltd, foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda of Ocorian Services (Bermuda) Limited, Victoria Place, 5th Floor, 31 Victoria Street, Hamilton, HM 10, Bermuda, and are Jointly Administered for procedural purposes, by Order of this Court entered on December 4, 2020, ECF No. 11.

Upon the Application[1] to Withdraw as Attorneys of Record for Standard Advisory Services Ltd ("SASL") filed by Foley & Lardner LLP (the "Firm") [ECF No. 160] noticed for presentment on November 10, 2023, and there being no objections filed, and for good cause shown therein, it is hereby:

ORDERED, that the Firm, including the appearances of Susan Poll Klaessy and Samantha Ruppenthal, is withdrawn as attorneys of record for SASL; and it is further

ORDERED, that SASL's time to respond the Amended Complaint is hereby extended, up to and including **December 15, 2023**; and it is further

ORDERED, that the Firm is removed the Court's Electronic Service List with respect to this Adversary Proceeding, and that all notices in the above-captioned case be sent directly to SASL as it remains a party therein.

Dated: November 13, 2023
New York, New York

/s/ **Lisa G. Beckerman**
Honorable Lisa G. Beckerman
United States Bankruptcy Judge

---

[1] Defined terms not otherwise defined herein shall have the meanings ascribed in the Application.