**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON, as Joint Provisional Liquidator on behalf of PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD. and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al.*,<br><br>Defendants. | Adv. Proc. No. 23-01000 (LGB) |

1. 4839 N. ELSTON, LLC
2. 5 STAR TECHNICAL SERVICES, LLC
3. A/R ALLEGIANCE GROUP, LLC
4. AAH LOAN-BACKED FUNDING, LLC
5. AAM HOLDINGS I, LLC
6. AAM HOLDINGS, LLC
7. AAPC INVESTMENTS, LLC
8. AAPC, LLC
9. ACADEMY FINANCIAL ASSETS, LLC
10. ACADEMY FINANCIAL HOLDINGS, LLC

11. ACQUIRED DEVELOPMENT, LLC
12. ADDICTION RECOVERY HELPLINE LLC
13. ADVANCED BENEFIT CONNECTIONS LLC
14. ADVANTAGE CAPITAL INVESTMENTS LLC
15. ADVISORY CONSULTANTS, LLC
16. AFFGLO HOLDINGS, INC.
17. AFP, LLC
18. AGENCE DE RECOUVREMENT GLOBAL, INC.
19. AGH PARENT, LLC
20. AGX HOLDINGS, LLC
21. AHOSKIE, LLC
22. ALCOHOL & DATA HOLDINGS, LLC
23. ALLIANCE MEDIA GROUP LLC
24. ALPHARETTA, LLC
25. ALPINE CAPITAL, LLC
26. ALSTEAD, LLC
27. ALTA BILLING HOLDINGS, LLC
28. ALTA BILLING, LLC
29. AMERICA FREE PRESS, LLC
30. AMERICAN HEALTHCARE ALLIANCE LIMITED
31. AMERICAN YACHT CHARTERS, LLC
32. AMHERST, LLC
33. ANACONDA, LLC
34. ANDOVER ASSET MANAGEMENT, LLC
35. APAC HOLDCO, LLC
36. APACHE JUNCTION, LLC
37. APEX INTERNATIONAL, LLC
38. APIO LOCAL, LLC
39. APP THIS, INC.
40. AQUA BLUE HOLDINGS, LLC
41. AR MANAGEMENT (ARREVIO) TRUST
42. AR MANAGEMENT (GGH) TRUST
43. AR PURCHASING SOLUTIONS 2, LLC
44. AR PURCHASING SOLUTIONS, LLC
45. ARA GROUP HOLDINGS, LLC
46. ARCANE TINMEN APS T/A AT PRIVATE LABELS APS
47. ARREVIO HOLDINGS, LLC
48. ARREVIO, LLC
49. ASCENDENT D4K HOLDINGS, LLC
50. ASCENDENT DENTAL GROUP (FIELET & LEE), P.C.
51. ASCENDENT DENTAL MANAGEMENT D4K, LLC
52. ASHEBORO, LLC
53. ASIM CE, LLC

54. ASIM HOLDINGS, LLC
55. ASIM, LLC
56. ASL HOLDINGS, LLC
57. ASL NEW HOLDINGS, LLC
58. ASSET MANAGEMENT, INC.
59. ASSISTIVE PARTNER INVESTMENTS LIMITED
60. AT DENMARK INVESTMENTS APS
61. ATHENS, LLC
62. ATKINSON, LLC
63. ATLAS GLOBAL HOLDINGS, LLC
64. ATLAS GLOBAL, LLC
65. AUDIOEDUCATOR, LLC
66. AUDIOSOLUTIONZ, LLC
67. AUGUSTA ASSET MANAGEMENT, LLC
68. AUGUSTA, LLC
69. AUTOMOTIVE FLEET INVESTMENTS LIMITED
70. AUTONOMY HEALTHCARE MANAGEMENT, LLC
71. AUTONOMY HOLDINGS, LLC
72. AUTONOMY INVESTMENTS, LLC
73. AYC CREW, LLC
74. BALDWIN ASSET MANAGEMENT, LLC
75. BAM HOLDINGS I, LLC
76. BANKERS REINSURANCE COMPANY LTD.
77. BARNSTEAD, LLC
78. BARRINGTON, LLC
79. BBLN-AGERA CORP.
80. BCC HOLDINGS, LLC
81. BCC JUNIOR LOAN-BACKED FUNDING, LLC F/K/A BCC JUNIOR LOAN BACK SECURITY FUNDING, LLC
82. BCC RESEARCH, LLC F/K/A BANKERS MINUTE, LLC
83. BCC SENIOR LOAN-BACKED FUNDING, LLC F/K/A BCC SENIOR LOAN BACK SECURITY FUNDING, LLC
84. BEAUFORT HOLDINGS, S.A.
85. BECKETT AUCTION HOLDINGS, LLC
86. BECKETT AUCTIONS, LLC
87. BECKETT AUTHENTICATION SERVICES, LLC
88. BECKETT BUSINESS SOLUTIONS, LLC
89. BECKETT COIN & ROCK, LLC
90. BECKETT COLLECTIBLES HOLDINGS, LLC
91. BECKETT COLLECTIBLES, LLC
92. BECKETT CONFERENCES, LLC
93. BECKETT MEDIA, LLC
94. BEGONIA EIGHT, LLC

95. BENSON, LLC
96. BERKELEY LAKE, LLC
97. BERLIN, LLC
98. BHLN-286 SPRING CORP.
99. BHLN-AGERA CORP.
100. BIDWORLD PRIVATE LIMITED
101. BISBEE, LLC
102. BKT LOAN-BACKED FUNDING, LLC F/K/A BKT LOAN BACK SECURITY FUNDING, LLC
103. BKX HOLDINGS, LLC
104. BLACK ROSE, LLC
105. BLH CAPITAL, LLC
106. BLI HOLDINGS, INC.- MERGED IN GBIG HOLDINGS
107. BLUE DAFFODIL, LLC
108. BLUE IRIS, LLC
109. BLUE MARIGOLD, LLC
110. BLUE SKIES ADDICTION CENTRE LTD.
111. BLUE VIOLET, LLC
112. BMX BERMUDA HOLDINGS, LTD.
113. BMX HOLDINGS, LLC
114. BOSTON LASER EYE CARE MANAGEMENT, LLC
115. BOSTON LASER HOLDINGS, LLC
116. BOSTON LASER-EYE & LASIK SPECIALISTS HOLDINGS, LLC
117. BOW, LLC
118. BRC CAPITAL, LLC
119. BRC HOLDINGS, INC.
120. BRCB (BARBADOS) CAPITAL, LTD.
121. BRCB (BARBADOS) HOLDINGS, LTD.
122. BULLHEAD CITY, LLC
123. CAF II HOLDINGS, LLC
124. CAF III HOLDINGS, LLC
125. CAF IV HOLDINGS, LLC
126. CAF V HOLDINGS, LLC
127. CAM HOLDINGS I, LLC
128. CAMP VERDE, LLC
129. CANAAN, LLC
130. CANDESCENT EYE HEALTH SURGICENTER, LLC
131. CANDESCENT EYE SURGICENTER, LLC
132. CANDOR GLOBAL SERVICES, LLC
133. CANTA HEALTH, LLC
134. CAPITAL ASSET FUND I, LLC
135. CAPITAL ASSET FUND II, LLC
136. CAPITAL ASSET FUND III, LLC

137. CAPITAL ASSET FUND IV, LLC
138. CAPITAL ASSET FUND V, LLC
139. CAPITAL ASSET MANAGEMENT II, LLC
140. CAPITAL ASSET MANAGEMENT III, LLC
141. CAPITAL LENDING PARTNERS, INC.
142. CAPLOC HOLDINGS, LLC
143. CAPLOC, LLC
144. CARE REFERRALS LIMITED
145. CAREER HEALTH, LLC
146. CARNATION THREE, LLC
147. CAROLINA EYE CENTER, LLC N/K/A CAROLINA EYE CENTER, P.A.,
148. CAROLINA LONGEVITY INSTITUTE, LLC N/K/A THE DAILY NEWS CORPORATION LLC
149. CARTERSVILLE, LLC
150. CASAR, LLC
151. CASTLE & COOKE MORTGAGE LLC
152. CATO HOLDINGS, INC.
153. CAVE CREEK, LLC
154. CBCS HOLDINGS, LLC
155. CBCS OPERATIONS, LLC
156. CBS GROUP HOLDINGS, LLC
157. CBS GROUP SERVICES, LLC
158. CBV COLLECTION SERVICES LTD.
159. CBV COLLECTIONS LIMITED
160. CC MORTGAGE TRUST,
161. CCM HOLDINGS, LLC
162. CCM INVESTMENTS, LLC
163. CEIC CAPITAL, LLC
164. CEIC HOLDINGS, INC.
165. CELANDINE EIGHT, LLC
166. CENTURY VENTURE GLOBAL, LLC
167. CENTURY VISION GLOBAL, LLC
168. CERTIFICATION FOR LONG-TERM CARE, LLC
169. CERTITREK GROUP, LLC
170. CFH HOLDINGS, LLC
171. CHATSWORTH ASSET MANAGEMENT, LLC
172. CHRYSANTHEMUM TWO, LLC
173. CLAREMONT, LLC
174. CLARIS VISION HOLDINGS, LLC
175. CLARIS VISION LLC
176. CLAXTON, LLC
177. CLAYTON, LLC

178. CLIENT SERVICES CSICR, SRL A/K/A CLIENT SERVICES CSICR SR LTDA,
179. CLIENT SERVICES HOLDINGS, LLC
180. CLIENT SERVICES, INC.
181. CLOVER CONCEPTS, LLC
182. CLTC HOLDINGS, LLC
183. CLTC JUNIOR LOAN-BACKED FUNDING, LLC F/K/A CLTC JUNIOR LOAN BACK SECURITY FUNDING, LLC
184. CLTC SENIOR LOAN-BACKED FUNDING, LLC F/K/A CLTC SENIOR LOAN BACK SECURITY FUNDING, LLC
185. CMC HOLDING COMPANY, LLC
186. CMC LOAN-BACKED FUNDING, LLC F/K/A CMC LOAN BACK SECURITY FUNDING, LLC
187. COBRA, LLC
188. COLLECTION MANAGEMENT COMPANY,
189. COLLECTIONS MANAGEMENT HOLDINGS, LLC
190. COLUMBUS, LLC
191. COMPLIANCE SERVICES LTD.
192. COMPLIANCE SERVICES, LLC
193. COMPLYSMART HOLDINGS, LLC
194. COMPLYSMART, LLC
195. CONCEPT CREATIONS CORP.
196. CONWAY, LLC
197. COWPER, LLC
198. CREATIVE COLLECTIBLE COMPANY, LLC
199. CRESTON, LLC
200. CRI HOLDINGS, LLC
201. CSI INTERCO, LLC
202. CV EQUIPMENT LEASING, LLC
203. CV HOLDINGS, LLC
204. CV INVESTMENTS, LLC
205. CVE HOLDINGS, LLC
206. CWNP, LLC
207. DAFFODIL SIX, LLC
208. DAHLIA TEN, LLC
209. DAISY SEVEN, LLC
210. DAM HOLDINGS I, LLC
211. DAMASCUS ASSET MANAGEMENT, LLC
212. DANIELSVILLE, LLC
213. DEERING, LLC
214. DELMAR CENTER HOLDINGS, LLC
215. DELMAR SURGICAL CENTER, LLC
216. DENTAL MANAGEMENT HOLDINGS, LLC

217. DENTAL MANAGEMENT OPERATIONS, LLC
218. DERRY, LLC
219. DGX HOLDINGS, LLC
220. DJRTC, LLC
221. DREAM MARKETS, INC.
222. DRUMMOND GROUP, LLC
223. DSE HOLDINGS, LLC
224. DUNBARTON, LLC
225. DUNHILL HOLDINGS, LLC
226. DURHAM, LLC
227. EAM HOLDINGS I, LLC
228. EAST HILL HOLDINGS, LLC
229. EASTERN ENTERPRISES, LLC
230. EATONTON, LLC
231. ECL GROUP, LLC
232. ECL HOLDINGS, LLC
233. ECLL PRIVATE LTD
234. EFFINGHAM, LLC
235. EG MEDIA HOLDINGS, LLC
236. EG MEDIA INVESTMENTS, LLC
237. EGX HOLDINGS, LLC
238. EIFFEL HOLDINGS, LLC
239. ELBERTON, LLC
240. ELEVATE HEALTHCARE, INC.
241. ELEVATE PORTFOLIO, LLC
242. ELI ARREVIO LIMITED N/K/A GLOBAL GROWTH ARREVIO PRIVATE LIMITED
243. ELI BPO INDIA PRIVATE LTD
244. ELI BUSINESS SOLUTIONS PRIVATE LTD
245. ELI DENMARK INVESTMENTS, LLC
246. ELI DEUTSCHLAND GMBH
247. ELI EQUITY, LLC
248. ELI GERMANY HOLDINGS, LLC
249. ELI GLOBAL ASIA PACIFIC LIMITED
250. ELI GLOBAL PHILIPPINES RESOURCES OPERATIONS CENTER, INC.
251. ELI GLOBAL, LLC
252. ELI HEALTH SOLUTIONS PVT. LTD.
253. ELI KNOWLEDGE SERVICES (INDIA) PRIVATE LIMITED
254. ELI NEW MEDIA, LLC
255. ELI PUBLICATIONS, INC.
256. ELI RESEARCH INDIA PRIVATE LIMITED
257. ELI RESEARCH, LLC
258. ELI REVENUE CYCLE SOLUTIONS PRIVATE LIMITED

259. ELI SHARED SERVICES PRIVATE LIMITED
260. ELI VENTURES, LLC
261. ELLAVILLE, LLC
262. ELP HOLDINGS, LLC
263. ELT GROUPE
264. ENG HOLDINGS, LLC
265. ENGAGED MEDIA HOLDINGS, LLC
266. ENGAGED MEDIA, LLC
267. ENGAGEMENT GROUP, LLC
268. ENGLERT HOLDINGS, LLC
269. ENTERPRISES SERVICES, LLC
270. ENTRUST GLOBAL GROUP, LLC
271. ENX, LLC
272. EPHESUS ASSET MANAGEMENT, LLC
273. EPPING, LLC
274. ERADIMAGING, LLC
275. ERX HOLDINGS, LLC
276. EYE & LASIK EYE CARE MANAGEMENT, LLC
277. EYE & LASIK HOLDINGS, LLC
278. EYE & LASIK OPTICAL, LLC
279. EYE CARE LEADERS HOLDINGS, LLC
280. EYE CARE LEADERS PORTFOLIO HOLDINGS, LLC
281. EYE REACH PATIENTS, LLC
282. F1RSTMARK, LLC
283. FAFNIR DISTRIBUTION APS,
284. FAISON, LLC
285. FARGO, LLC
286. FARMINGTON, LLC
287. FARRINGTON MILL HOLDINGS, LLC
288. FAYETTEVILLE, LLC
289. FIA HOLDINGS, LLC
290. FIASCO FINE WINE, LLC
291. FINANCIAL INSTITUTE ADVISORS, LLC
292. FINANZEN HOLDINGS, LLC
293. FIRST INTERNATIONAL FINANCIAL, INC.
294. FLAGSHIP HOLDINGS, LLC
295. FLEET ASSIST INTERCO LIMITED
296. FLEET ASSIST LIMITED
297. FLEMINGTON, LLC
298. FLOVILLA, LLC
299. FLOWERY BRANCH, LLC
300. FMX HOLDINGS, LLC
301. FOLKSTON, LLC

302. FOREST PARK ASSET MANAGEMENT, LLC
303. FORSYTH, LLC
304. FORTREX HOLDINGS, LLC
305. FORTREX TECHNOLOGIES HOLDINGS, LLC
306. FORTREX, LLC
307. FOXFORD INVESTMENTS LIMITED
308. FPAM HOLDINGS I, LLC
309. FRANCONIA, LLC
310. FS WINDUP, LLC
311. FTGU HOLDINGS, LLC
312. FTGU MEDICAL BILLING, LLC
313. FUNSTON, LLC
314. FUTURESOURCE CONSULTING LIMITED
315. FUTURESOURCE HOLDINGS LIMITED
316. GAM HOLDINGS I, LLC
317. GAM HOLDINGS, LLC
318. GAMESPRO GLOBAL GROUP APS
319. GARDENIA ONE, LLC
320. GARFIELD, LLC
321. GB CAPITAL, LLC
322. GB LIFE LUXEMBOURG S.A.
323. GB UK INVESTMENTS, LLC
324. GB VENTURE FUND, LLC
325. GBC ADVISORS, LLC
326. GBC HOLDINGS, LLC
327. GBI GROUP, LLC
328. GBIG BUSINESS SOLUTIONS PRIVATE LIMITED
329. GBIG CAPITAL, LLC
330. GBIG HOLDINGS, LLC. (AKA GBIG HOLDINGS & REINSURANCE COMPANY INC.),
331. GBIG PORTUGAL, S.A.-
332. GBVF HOLDINGS, LLC
333. GC HOLDINGS, LLC
334. GCC HOLDINGS US, LLC
335. GCC HOLDINGS, LLC
336. GCC INTERCO, LLC
337. GERANIUM TWO, LLC
338. GHTG INVESTMENT, LLC
339. GILFORD ASSET MANAGEMENT, LLC
340. GILFORD, LLC
341. GILLSVILLE, LLC
342. GIX HOLDINGS, LLC
343. GLOBAL A&D HOLDINGS, LLC

344. GLOBAL CREDIT & COLLECTION (INDIANA) CORPORATION
345. GLOBAL CREDIT & COLLECTION CORPORATION
346. GLOBAL CREDIT AND COLLECTIONS, INC.
347. GLOBAL DATA INSIGHTS LIMITED
348. GLOBAL ETC, LLC
349. GLOBAL GROWTH HOLDINGS, INC. F/K/A ACADEMY ASSOCIATION, INC.
350. GLOBAL GROWTH, LLC
351. GLOBAL HEALTH TECHNOLOGY GROUP, LLC
352. GLOBAL MORTGAGE CAPITAL HOLDINGS, LLC
353. GLOBAL MORTGAGE CAPITAL, INC.
354. GLOBAL OPERATIONS SERVICES, LLC
355. GLOBAL TIC CE, LLC
356. GLOBAL VISION GROWTH, LLC
357. GMK PEPPER HOLDINGS LIMITED
358. GOFFSTOWN, LLC
359. GOLDEN ENERGY GROUP, LLC
360. GOSHEN, LLC
361. GP MANAGEMENT, LLC
362. GRANDE LLC
363. GREEN LILAC, LLC
364. GREENFIELD CAPITAL, LLC
365. GREENVILLE, LLC
366. GREGORY EVAN LINDBERG A/K/A GREG EVAN LINDBERG,
367. GTIC HOLDINGS, LLC
368. GTIC&A, LLC
369. HA WIND UP 1, LLC F/K/A HANSEN AEROSPACE HOLDINGS, LLC
370. HAM HOLDINGS I, LLC
371. HAMPSTEAD, LLC
372. HAMPTON ASSET MANAGEMENT, LLC
373. HANSEN AEROSPACE HOLDINGS, LLC N/K/A HA WINDUP 1, LLC
374. HARVARD COLLECT, LLC
375. HARVARD COLLECTION SERVICES, LLC
376. HEALTH AUDIO, LLC
377. HEALTH IRELAND PARTNERS LIMITED
378. HEALTH THROUGH INFORMATION
379. HEALTHCARE JOBS, LLC
380. HEALTHICITY, LLC
381. HEALTHLINK HOLDINGS, LLC
382. HEALTHLINK INVESTMENTS, LLC
383. HEMOPHILIA PREFERRED CARE OF MEMPHIS, INC.
384. HEMOPHILIA PREFERRED CARE OF MISSISSIPPI, INC.
385. HEMOPHILIA PREFERRED CARE OF OKLAHOMA, INC.

386. HENNIKER, LLC
387. HIBISCUS THREE, LLC
388. HOLT, LLC
389. HOME MEDICAL EQUIPMENT SPECIALISTS, LLC (D/B/A HME SPECIALISTS LLC),
390. HOOKSETT, LLC
391. HOPKINTON, LLC
392. HORIZON HOLDINGS I, LLC
393. HPC BIOLOGICALS, INC.
394. HPC SPECIALTY RX OF KANSAS, INC.
395. HPC SPECIALTY RX REED, INC.
396. HPC SPECIALTY RX WEST VIRGINIA, INC.
397. HPC, LLC
398. HPCNC, INC.
399. HPCSP HOLDINGS, LLC
400. HPCSP INVESTMENTS, LLC
401. HRWEB HOLDINGS, LLC
402. HRWEB SOFTWARE, LLC
403. HYACINTH FOUR, LLC
404. HYBRID TREATMENT SOLUTIONS, LLC
405. HYDRANGEA FOUR, LLC
406. I SBA-INTERNATIONAL SOCIETY OF BUSINESS APPRAISERS, LLC
407. IBC MANAGEMENT, LLC
408. ICAM HOLDINGS I, LLC
409. IMEDICWARE, INC.
410. IMW EMR, LLC
411. IMW HOLDINGS, LLC
412. IN THE ARENA, LLC
413. INDEPENDENT CONTRACTOR SERVICES, LLC
414. INFORMATICA INVESTMENTS LIMITED
415. INFORMATICA SYSTEMS LIMITED
416. INHEALTHCARE, LLC
417. INKOP, LLC
418. INSIGHT SOFTWARE, LLC
419. INTEGRITY EMR HOLDINGS, LLC
420. INTEGRITY EMR, LLC
421. INTRALAN (UK) LIMITED
422. INTRALAN GROUP LIMITED
423. INTRALAN INVESTMENTS LIMITED
424. INTRALAN TELECOM LIMITED
425. IO PRACTICEWARE, INC.
426. IOPW HOLDINGS, LLC
427. IREDELL, LLC

428. IRIS FOUR, LLC
429. IRON CITY ASSET MANAGEMENT, LLC
430. ISBA-INTERNATIONAL SOCIETY OF BUSINESS APPRAISERS, LLC
431. ITECH FUNDING, LLC
432. JACKSON ASSET MANAGEMENT, LLC
433. JACKSONVILLE, LLC
434. JAFFREY, LLC
435. JAM HOLDINGS I, LLC
436. JASMINE FIVE, LLC
437. KENLY, LLC
438. KEYMED HOLDINGS, LLC
439. KEYMED, LLC
440. KITE ASSET MANAGEMENT, LLC
441. KITE HOLDINGS I, LLC
442. KONNECT NET HOLDINGS, LLC
443. KONNECT NET INVESTMENTS LIMITED
444. LACONIA, LLC
445. LAM HOLDINGS I, LLC
446. LAM HOLDINGS, INC.
447. LARES HOLDINGS, LLC
448. LARES, LLC
449. LAVENDER SIX, LLC
450. LENS ON DEMAND, LLC
451. LIBERTY HOLDINGS LLC
452. LIBERTY HOUSE CLINIC LIMITED
453. LILAC SIX, LLC
454. LILLY ASSET MANAGEMENT, LLC
455. LILY TWO, LLC
456. LITTLETON, LLC
457. LMG HOLDINGS, LLC
458. LMG MANAGEMENT HOLDINGS, LLC
459. LMG MANAGEMENT, LLC
460. LONDONDERRY, LLC
461. LOTUS SEVEN, LLC
462. LOUDON, LLC
463. LOUISBURG, LLC
464. MACON, LLC
465. MADBURY, LLC
466. MAGNOLIA EIGHT, LLC
467. MAM HOLDINGS I, LLC
468. MARIGOLD NINE, LLC
469. MARKET TECH MEDIA CORPORATION
470. MARS CARS, LLC

| | |
|---|---|
| 471. | MARSHALL ASSET MANAGEMENT, LLC |
| 472. | MARVAL GROUP LIMITED |
| 473. | MARVAL INVESTMENTS LIMITED |
| 474. | MARVAL SOFTWARE LIMITED |
| 475. | MARVAL TRAINING AND CONSULTANCY LIMITED |
| 476. | MARVEL INVESTMENTS LIMITED |
| 477. | MASTER PROCURE, LLC |
| 478. | MBW HOLDCO, LLC |
| 479. | MBW INTERCO, LLC |
| 480. | MCCARTHY, BURGESS & WOLFF, INC. |
| 481. | MCKINLEY VENTURES GROUP, LLC |
| 482. | MD OFFICE, LLC |
| 483. | MDO GROUP HOLDINGS, LLC |
| 484. | MDX, LLC |
| 485. | MED CLAIMS INTERNATIONAL, LLC |
| 486. | MEDATTEND, LLC N/K/A USA MASK COMPANY, LLC |
| 487. | MEDCLAIMS HOLDINGS, LLC |
| 488. | MEDFLOW HOLDINGS, LLC |
| 489. | MEDFLOW, INC. |
| 490. | MEDIA PRODUCT SERVICES, LLC |
| 491. | MEDICOM MEDICAL COMPUTER SOLUTIONS LIMITED |
| 492. | MEREDITH, LLC |
| 493. | MERRIMACK, LLC |
| 494. | METRONOME FINANCIAL, LLC |
| 495. | METRONOME HOLDINGS, LLC |
| 496. | MIRACARD, LLC |
| 497. | MNI HOLDINGS, LLC |
| 498. | MOUNTAIN WEST INNOVATIONS INC. |
| 499. | MRX HOLDINGS, LLC F/K/A MPLUS HOLDINGS, LLC |
| 500. | MVE HOLDING, LLC N/K/A MNI HOLDINGS, LLC |
| 501. | MY VISION EXPRESS, INC. |
| 502. | NAM HOLDINGS I, INC. |
| 503. | NASHUA, LLC |
| 504. | NATIONWIDE RECOVERY HOLDINGS, LLC |
| 505. | NATIONWIDE RECOVERY SYSTEMS, LTD. |
| 506. | NEBB HOLDINGS, LLC |
| 507. | NEBB INSTITUTE, LLC |
| 508. | NEC HOLDINGS, LLC |
| 509. | NEI HOLDINGS, LLC |
| 510. | NEI INVESTMENTS, LLC |
| 511. | NEI MANAGEMENT, LLC |
| 512. | NETHERLANDS INSURANCE HOLDINGS, INC. |
| 513. | NETHERLANDS INSURANCE HOLDINGS, LLC |

514. NEW ENGLAND CAPITAL, LLC
515. NEW HILL ASSET MANAGEMENT, LLC
516. NEW HILL, LLC
517. NEW IPSWICH, LLC
518. NEXT LEVEL PURCHASING, INC.
519. NEXT LEVEL PURCHASING, LLC
520. NHA HOLDINGS, LLC
521. NHC HOLDINGS, LLC
522. NICE ASSET MANAGEMENT, INC.
523. NIH CAPITAL, LLC
524. NLC HOLDINGS, LLC
525. NLC INVESTMENTS, LLC
526. NLP HOLDINGS, LLC
527. NON SPORT UPDATE HOLDINGS, LLC
528. NON SPORT UPDATE, LLC
529. NORLINA, LLC F/K/A HIGHLIGHT, LLC
530. NORTHEAST INSURANCE HOLDINGS, INC.
531. NORTHEAST LMG HOLDINGS, LLC
532. NORTHERN AIR, LLC
533. NOTTINGHAM, LLC
534. NPC NATIONAL PHYSICS CONSULTANTS, LLC
535. NSX WILMINGTON LIMITED
536. NW EYE CARE MANAGEMENT, LLC
537. NW EYE SURGEONS HOLDINGS, LLC
538. NWES HOLDINGS, LLC
539. OAM HOLDINGS I, INC.
540. OATMAN ASSET MANAGEMENT, INC.
541. OCEAN OPHTHALMOLOGY MANAGEMENT HOLDINGS, LLC
542. OCEAN OPHTHALMOLOGY MANAGEMENT, LLC
543. ONLINE REPUTATIONS MANAGER, LLC
544. ORCHID FIVE, LLC
545. P A S HOLDING LIMITED
546. P WINDUP1 LIMITED
547. P WINDUP2 LIMITED
548. PAM HOLDINGS I, INC.
549. PAM HOLDINGS I, LLC
550. PARADISE ASSET MANAGEMENT, LLC
551. PARALLEL CAPITAL ASSETS, LLC
552. PATENT REVIEW SCORE, INC. A/K/A PATIENT REVIEW SCORE, INC.
553. PATRIOT GROUP HOLDINGS, LLC
554. PB INVESTMENT COMPANY LTD.
555. PBO HOLDINGS, INC.
556. PBX BERMUDA HOLDINGS, LTD.

557. PBX HOLDINGS, LLC
558. PCF HOLDINGS, LLC
559. PCF, LLC F/K/A LITIGATION FUNDING, LLC
560. PELTON GROUP, LLC
561. PELTON HOLDINGS, LLC
562. PENN MEDICAL INFORMATICS SYSTEMS, LLC
563. PEONY FIVE, LLC
564. PERIWINKLE SEVEN, LLC
565. PETUNIA TEN, LLC
566. PHARMA DATABASE, LLC N/K/A SIXSAILS, LLC
567. PHARMA HOLDINGS, LLC
568. PHENNA HOLDINGS, LLC
569. PI SOFTWARE HOLDINGS, LLC
570. PI SOFTWARE, LLC
571. PLAISTOW, LLC
572. PMMS INVESTMENTS LIMITED
573. PMX, LLC
574. POINT OF NO RETURN, INC.
575. POPPY NINE, LLC
576. PPH HOLDINGS, LLC
577. PRACTICE BUILDERS, LLC
578. PRAIRIE E&L HOLDINGS, LLC
579. PRAIRIE E&L MANAGEMENT, LLC
580. PREFERRED FINANCIAL CORPORATION LLC

581. PROACTIVE SOFTWARE HOLDINGS, LLC
582. PROACTIVE SOFTWARE LIMITED
583. PROEDTECH, LLC
584. PROLIMIATE SOLUTIONS HOLDINGS, LLC
585. PROLIMIATE SOLUTIONS, LLC
586. QAM HOLDINGS I, INC.
587. QUEENSTOWN ASSET MANAGEMENT, INC.
588. R&A EYE HOLDINGS, LLC
589. R&A EYE MANAGEMENT, LLC
590. RAYMOND, LLC
591. RECOVERY WEB SOLUTIONS LIMITED
592. RED EAGLE ENTERPRISES, LLC
593. RED RIVER DEVELOPMENTS, LLC
594. RESEARCH TRIANGLE CLINICAL DEVELOPMENT
595. RESOLUTE FREE PRESS, LLC
596. REVENUE HEALTH SOLUTIONS, LLC
597. REYNOLDS & ANLIKER HOLDINGS, LLC
598. RHS HOLDINGS, LLC

| | |
|---|---|
| 599. | RINDGE, LLC |
| 600. | ROCK HOLDINGS I, LLC F/K/A ROCK HOLDINGS I, INC. |
| 601. | ROCKDALE ASSET MANAGEMENT, LLC |
| 602. | ROSE FOUR, LLC |
| 603. | RUMNEY, LLC |
| 604. | SAF HOLDINGS I, LLC |
| 605. | SAF HOLDINGS II, LLC |
| 606. | SAF HOLDINGS III, LLC |
| 607. | SAF HOLDINGS IV, LLC |
| 608. | SAM HOLDINGS I, LLC |
| 609. | SANCTUARY BANBURY LIMITED |
| 610. | SANDOWN, LLC |
| 611. | SCMA, LLC |
| 612. | SECURED LOAN-BACKED FUNDING I, LLC |
| 613. | SECURED LOAN-BACKED FUNDING II, LLC |
| 614. | SECURED LOAN-BACKED FUNDING III, LLC |
| 615. | SECURED LOAN-BACKED FUNDING IV, LLC |
| 616. | SECURED LOAN-BACKED FUNDING IX, LLC |
| 617. | SECURED LOAN-BACKED FUNDING V, LLC |
| 618. | SECURED LOAN-BACKED FUNDING VI, LLC |
| 619. | SECURED LOAN-BACKED FUNDING VII, LLC |
| 620. | SECURED LOAN-BACKED FUNDING VIII, LLC |
| 621. | SECURED LOAN-BACKED FUNDING X, LLC |
| 622. | SECURED LOAN-BACKED FUNDING XI, LLC |
| 623. | SECURED LOAN-BACKED FUNDING XII, LLC |
| 624. | SECURED LOAN-BACKED FUNDING XIII, LLC |
| 625. | SECURED LOAN-BACKED FUNDING XIV, LLC |
| 626. | SECURED LOAN-BACKED FUNDING XV, LLC |
| 627. | SECURED LOAN-BACKED FUNDING XVI, LLC |
| 628. | SECURED LOAN-BACKED FUNDING XVII, LLC |
| 629. | SEDWICK, LLC |
| 630. | SFM LOAN-BACKED FUNDING, LLC |
| 631. | SHIRT, LLC |
| 632. | SHOP LOC HOLDINGS, LLC |
| 633. | SHOPPER LOCAL, LLC |
| 634. | SIC US HOLDINGS, LLC |
| 635. | SKYWORLD CORPORATION |
| 636. | SN GROUP DEVELOPMENT, LLC |
| 637. | SNA CAPITAL, LLC N/K/A GBIG CAPITAL, LLC |
| 638. | SNA FUNDING, LLC |
| 639. | SNH ACQUISITION, LLC |
| 640. | SOCRATES HEALTHCARE, INC. |
| 641. | SOMERSWORTH, LLC |

642. SOUTH HILL HOLDINGS, LLC
643. SOUTHEAST INSURANCE CAPITAL, LLC
644. SOUTHERN HOBBY DISTRIBUTION, LLC
645. SOUTHERN HOBBY HOLDINGS, LLC
646. SP HOLDCO, LLC
647. SPEEDY SERVICES, LLC
648. SSH CAPITAL, LLC
649. STANDARD ASSETS FUND I, LLC
650. STANDARD ASSETS FUND II, LLC
651. STANDARD ASSETS FUND III, LLC
652. STANDARD ASSETS FUND IV, LLC
653. STANDARD INSURANCE HOLDINGS, INC.
654. STANDARD LC CAPITAL, LLC
655. STANDARD LC HOLDINGS, LLC
656. STANDARD PACIFIC INVESTMENTS PTY LTD
657. STODDARD, LLC
658. STRATFORD HOLDCO, LLC N/K/A STRATCO HOLDINGS, LLC
659. STRATFORD PHARMACEUTICALS, LLC
660. STRATHAM, LLC
661. STUNNER PRODUCTIONS, LLC
662. SUMMERVILLE ASSET MANAGEMENT, LLC
663. SUNBIZ RESOURCES, LLC
664. SUNFLOWER SIX, LLC
665. SW HOLDINGS, LLC
666. SWANZEY, LLC
667. SWEET CONSULTANTS, LLC
668. TAC HOLDINGS, LLC
669. TAC HOME MORTGAGE, LLC
670. TAC INVESTMENTS, LLC
671. TALARIA GLOBAL HEALTH, LLC
672. TALENT ACQUISITION INNOVATION HOLDINGS, LLC
673. TALENT ACQUISITION INNOVATION, LLC
674. TARGETED METRICS, LLC
675. TCC JUNIOR LOAN-BACKED FUNDING, LLC
676. TCC SENIOR LOAN-BACKED FUNDING, LLC
677. TCI LOAN-BACKED FUNDING, LLC F/K/A TCI LOAN BACK SECURITY FUNDING, LLC
678. TECHDATE CORP.
679. TESLA MANAGEMENT, INC.
680. THE AMERICAN COUNCIL ON ENGLISH LANGUAGE PROGRAM CERTIFICATION, INC.
681. THE AMERICAN COUNCIL, INC.

682. THE HOEHNE GROUP - SOFTWARE DIVISION, LLC F/K/A THE HOEHNE GROUP – SOFTWARE DIVISION, INC.
683. THE HOME MEDICAL EQUIPMENT TRUST
684. THE ONLINE REHAB LIMITED
685. THE RECOVERY HOUSE LIMITED
686. THE RIVER SOURCE SOLUTION HOLDINGS COMPANY, LLC
687. THE RIVER SOURCE SOLUTIONS, LLC
688. THE RIVER SOURCE TREATMENT CENTRE-CASA GRANDE, LLC
689. TIAM HOLDINGS I, LLC
690. TIER 1 LENDING HOLDINGS, LLC
691. TIER 1 LENDING, LLC F/K/A TIER ONE FUNDING, LLC
692. TORNADO, LLC
693. TRANS-CONTINENTAL CREDIT & COLLECTION CORP
694. TRANSCONTINENTAL HOLDINGS, LLC
695. TRANSGLOBAL UK LIMITED
696. TREATMENT DIRECT LIMITED
697. TRIER HOLDING B.V.
698. TRITON FINANCIAL LIMITED
699. TV FANFARE CANADA LTD / TV FANFARE CANADA LTÉE,
700. TYBEE ISLAND ASSET MANAGEMENT, LLC F/K/A TYBEE ISLAND ASSET MANAGEMENT, INC.
701. UAM HOLDINGS I, INC.
702. UK ADDICTION TREATMENT GROUP LIMITED
703. UK ADDICTION TREATMENT LIMITED
704. UK ASSET FUND HOLDINGS, LLC
705. UK AUTOMOTIVE HOLDINGS, LLC
706. UK FINTECH HOLDINGS, LLC
707. UK INFORMATICA INVESTMENTS, LLC
708. UK INTRALAN INVESTMENTS, LLC
709. UK INVESTMENT HOLDINGS, LLC
710. UK MARVAL INVESTMENTS, LLC
711. UKAT HOLDINGS, LLC
712. UKAT INTERCO LIMITED
713. UKAT INVESTMENTS LIMITED
714. ULTIMATE ADVISORS, LLC
715. UNDERSTAND.COM HOLDING, LLC
716. UNDERSTAND.COM, LLC
717. UNIT 77, LLC
718. UNITED STAFFING SOLUTIONS, LLC
719. UTOPIA ASSET MANAGEMENT, INC.
720. VALDOSTA, LLC
721. VAM HOLDINGS I, INC.
722. VAN RU CREDIT CORPORATION

723. VAN RU INTERNATIONAL, INC.
724. VENTURA ASSET MANAGEMENT, INC.
725. VIOLET ONE, LLC
726. VIP HUB SERVICES, LLC
727. VISION CARE ALLIANCE, LLC
728. VISION CARE SERVICES HOLDINGS, LLC
729. VISION CARE SERVICES, LLC
730. VR COLLECTIONS, LLC
731. VR ENTERPRISES, LLC
732. VRC HOLDINGS, LLC
733. WACO ASSET MANAGEMENT, INC.
734. WACO HOLDINGS I, INC.
735. WC HOLDINGS, LLC
736. WCS RESOURCES, LLC
737. WEARE, LLC
738. WEB COURSEWORKS, LLC
739. WESTERN BANCORP, INC.
740. WESTERNB HOLDINGS, LLC
741. WESTERNB INVESTMENTS, LLC
742. WHITAKER MILL, LLC F/K/A TRIVIAL, LLC
743. WHITE LILY, LLC
744. WILLIAM STREET ASSET MANAGEMENT LIMITED
745. WILLIAMSON, LLC
746. WINN OVER ENTERPRISES, LLC
747. WOLFEBORO, LLC
748. WPP CAPITAL, LLC
749. WPSC HOLDCO, LLC
750. WPSC INVESTMENTS, LLC
751. WSAM HOLDINGS LIMITED
752. WW STAFFING, LLC
753. WWS HOLDINGS, LLC
754. WYO TECH INVESTMENTS LLC
755. YARAS GROUP, LLC
756. YARROW THREE, LLC
757. YELLOW CARNATION, LLC
758. YELLOW LOTUS, LLC
759. YELLOW MAGNOLIA, LLC
760. YELLOW SUNFLOWER, LLC
761. ZAM HOLDINGS I, INC.
762. ZEN SERVICES, INC.
763. ZION ASSET MANAGEMENT, INC.