B 2500B (Form 2500B) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br><br>        Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and EDWARD WILLMOTT, as Joint Provisional Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD., and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>        Plaintiffs,<br><br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al.*<br><br>        Defendants. | Adv. Proc. No. 23-01000 (LGB) |

## FOURTH SUMMONS AND NOTICE OF
## PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the Amended Complaint which is attached to this Summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Ltd., Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are Jointly Administered for procedural purposes, by Order entered on April 2, 2021, Main Case, ECF No. 42.

1

B 2500B (Form 2500B) (12/15)

of this Summons, except that the United States and its offices and agencies shall file a motion or answer to the Amended Complaint within 35 days.

| Address of Clerk: |
| --- |
| **Clerk of the Court**<br>**United States Bankruptcy Court**<br>**Southern District of New York**<br>**One Bowling Green**<br>**New York, New York 10004−1408** |

At the same time, you must also serve a copy of the motion or answer upon the Plaintiffs' attorney.

| Name and Address of<br>Plaintiffs' Attorney: |
| --- |
| Nicholas F. Kajon<br>Eric M. Robinson<br>Constantine D. Pourakis<br>Wade D. Koenecke<br>**STEVENS & LEE, P.C.**<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>Nicholas.kajon@stevenslee.com<br>Eric.robinson@stevenslee.com<br>Constantine.pourakis@stevenslee.com<br>Wade.Koenecke@stevenslee.com |

If you make a motion, your time to answer is governed by Fed. R. Bank. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004−1408 | Room: Courtroom 601<br>One Bowling Green<br>New York, New York 10004−1408<br><br>Date and Time: TBD |
| --- | --- |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

_____Vito Genna_____
Clerk of the Bankruptcy Court

Dated: ___12/19/2023_____      By: _/s/ Jonathan Ramos_____
                                          Deputy Clerk

2

B 2500B (Form 2500B) (12/15)

# DEFENDANT LIST

Aspida Holdco, LLC
Axar Capital Management LP
Healthcare Cloud Services, LLC
Steida Holdings, Inc.
Strategic Consolidated Income Fund LLC
Gregrey Evan Lindberg a/k/a Greg Evan Lindberg,
Christa M. Miller,
Christopher E. Herwig,
Devin E. Solow,
Eric D. Bostic,
Bankers Life Insurance Company,
Colorado Bankers Life Insurance Company,
Southland National Insurance Corporation,
Southland National Reinsurance Corporation,
286 Spring PH Holdings Corp.,
2b4a Sàrl,
2media GmbH,
3BL Holdings, LLC,
3BL Media, LLC,
4839 N. Elston, LLC,
5 Star Technical Services, LLC,
A.C.J Computer Services Limited,
A/R Allegiance Group, LLC,
AAH Loan-Backed Funding, LLC,
AAM Holdings I, LLC,
AAM Holdings, LLC,
AAPC Holdings, LLC,
AAPC India, LLP,
AAPC Investments, LLC,
AAPC Voting Trust,
AAPC, LLC,
Academy Financial Assets, LLC,
Academy Financial Holdings, LLC,
Ace Foundation, Inc.,
Acquired Development, LLC,
Addiction Recovery Helpline LLC,
Advanced Benefit Connections LLC,
Advantage Capital Investments LLC,
Advisory Consultants, LLC,
AFFGLO Holdings, Inc.,
AFP, LLC,

3

B 2500B (Form 2500B) (12/15)

Agence De Recouvrement Global, Inc.,
Agera Energy, LLC,
Agera Holdings, LLC,
AGH Parent, LLC,
AGT Media Ltd.,
AGX Holdings, LLC,
Ahoskie, LLC,
Alcohol & Data Holdings, LLC,
Alliance Media Group LLC,
Alpharetta, LLC,
Alpine Capital, LLC,
Alstead, LLC,
Alta Billing Holdings, LLC,
Alta Billing, LLC,
America Free Press, LLC,
American Academy Holdings Ltd.,
American Academy Holdings, LLC (d/b/a AAPC),
American Academy of Professional Coders Chapter Association,
American Funeral and Cremation Plans, LLC,
American Healthcare Alliance Limited,
American Yacht Charters, LLC,
Amherst, LLC,
Anaconda, LLC,
Analytical Medical Insight Limited,
Andover Asset Management, LLC,
APAC Holdco, LLC,
Apache Junction, LLC,
Apex International, LLC,
Apio Local, LLC,
App This, Inc.,
Aqua Blue Holdings, LLC,
AR Management (Arrevio) Trust,
AR Management (GGH) Trust,
AR Purchasing Solutions 2, LLC,
AR Purchasing Solutions, LLC,
ARA Group Holdings, LLC,
Arcane Tinmen ApS t/a AT Private Labels ApS,
Arrevio Holdings, LLC,
Arrevio, LLC,
Ascendent D4k Holdings, LLC,
Ascendent Dental Group (Fielet & Lee), P.C.,
Ascendent Dental Management D4k, LLC,
Asheboro, LLC,
ASIM CE, LLC,

4

B 2500B (Form 2500B) (12/15)

ASIM Holdings, LLC,
ASIM, LLC,
ASL Holdings, LLC,
ASL New Holdings, LLC,
Asset Management, Inc.,
Assistive Partner Investments Limited,
At Denmark Investments ApS,
Athens, LLC,
Atkinson, LLC,
Atlanta Bidco Limited,
Atlanta Midco Limited,
Atlanta Topco Limited,
Atlas Global Holdings, LLC,
Atlas Global, LLC,
Atlas Group, LLC,
Audioeducator, LLC,
Audiosolutionz, LLC,
Audit Services Group, LLC,
Augusta Asset Management, LLC,
Augusta, LLC,
Automotive Fleet Investments Limited,
Autonomy Healthcare Management, LLC,
Autonomy Holdings, LLC,
Autonomy Investments, LLC,
AYC Crew, LLC,
AYC Holdings Limited,
AYC Holdings, LLC,
AYC Holdings, Ltd.,
Baldwin Asset Management, LLC,
BAM Holdings I, LLC,
Bankers Insurance Holdings S.A.,
Bankers Reinsurance Company Ltd.,
Barnstead, LLC,
Barrington, LLC,
BBLN-Agera Corp,
BCC Holdings, LLC,
BCC Junior Loan-Backed Funding, LLC f/k/a Bcc Junior Loan Back Security Funding, LLC,
BCC Research, LLC f/k/a Bankers Minute, LLC,
BCC Senior Loan-Backed Funding, LLC f/k/a Bcc Senior Loan Back Security Funding, LLC,
Beaufort Holdings, S.A.,
Beckett Auction Holdings, LLC,
Beckett Auctions, LLC,
Beckett Authentication Services, LLC,
Beckett Business Solutions, LLC,

5

B 2500B (Form 2500B) (12/15)

Beckett Coin & Rock, LLC,
Beckett Collectibles Holdings, LLC,
Beckett Collectibles, LLC,
Beckett Conferences, LLC,
Beckett Media, LLC,
Begonia Eight, LLC,
Benson, LLC,
Berkeley Lake, LLC,
Berlin, LLC,
BHLN-286 Spring Corp.,
BHLN-Agera Corp.,
Bidworld Private Limited,
Bisbee, LLC,
BKT Loan-Backed Funding, LLC F/K/A BKT Loan Back Security Funding, LLC,
BKX Holdings, LLC,
Blackfin Finanzen SAS,
Black Rose, LLC,
BLH Capital, LLC,
BLI Holdings, Inc.,
Blue Daffodil, LLC,
Blue Iris, LLC,
Blue Marigold, LLC,
Blue Skies Addiction Centre Ltd.,
Blue Violet, LLC,
Bluespier International Limited,
BMX Bermuda Holdings, Ltd.,
BMX Holdings, LLC,
BOLN-286 Spring Corp.,
BOLN-Agera Corp.,
Boston Laser Eye Care Management, LLC,
Boston Laser Holdings, LLC,
Boston Laser-Eye & Lasik Specialists Holdings, LLC,
Bow, LLC,
BRC Capital, LLC,
BRC Holding, LLC,
BRC Holdings, Inc.,
BRCB (Barbados) Capital, Ltd.,
BRCB (Barbados) Holdings, Ltd.,
British Orient Infotel Private Limited,
Bullhead City, LLC,
CAF Holdings, LLC,
CAF II Holdings, LLC,
CAF III Holdings, LLC,
CAF IV Holdings, LLC,

6

CAF V Holdings, LLC,
CAM Holdings I, LLC,
Camp Verde, LLC,
Canaan, LLC,
Candescent Eye Health Surgicenter, LLC,
Candescent Eye Surgicenter, LLC,
Candor Global Services, LLC,
Canta Health, LLC,
Capital Asset Fund I, LLC,
Capital Asset Fund II, LLC,
Capital Asset Fund III, LLC,
Capital Asset Fund IV, LLC,
Capital Asset Fund V, LLC,
Capital Asset Management II, LLC,
Capital Asset Management III, LLC,
Capital Lending Partners, Inc.,
Caploc Holdings, LLC,
Caploc, LLC,
Capstone Preneed Funeral and Burial Association,
Care Referrals Limited,
Career Health, LLC,
Carnation Three, LLC,
Carolina Eye Center, LLC N/K/A Carolina Eye Center, P.A.,
Carolina Longevity Institute, LLC N/K/A The Daily News Corporation, LLC,
Cartersville, LLC,
Casar, LLC,
Castle & Cooke Mortgage LLC,
Cato Holdings, Inc.,
Cave Creek, LLC,
CBCS Holdings, LLC,
CBCS Operations, LLC,
CBS Group Holdings, LLC,
CBS Group Services, LLC,
CBV Collection Services Ltd.,
CBV Collections Limited,
CC Mortgage Trust,
CCM Holdings, LLC,
CCM Investments, LLC,
CEIC Capital, LLC,
CEIC Holdings, Inc.,
Celandine Eight, LLC,
Century Venture Global, LLC,
Century Vision Global, LLC,
Certification For Long-Term Care, LLC,

7

B 2500B (Form 2500B) (12/15)

Certitrek Group, LLC,
CFH Holdings, LLC,
Chatsworth Asset Management, LLC,
Chrysanthemum Two, LLC,
Claimsure Sláinte (Ireland) Limited,
Clanwilliam Australia Investments Pty Limited,
Clanwilliam Group,
Clanwilliam Headquarters Limited,
Clanwilliam Health (DGL) Limited,
Clanwilliam Health (Rx Web) Limited,
Clanwilliam Health (Socrates) Limited,
Clanwilliam Health Limited,
Clanwilliam Investments (UK) Limited,
Clanwilliam Investments Ireland Limited,
Clanwilliam NZ Limited,
Clanwilliam Software Limited,
Clanwilliam Ventures Limited,
Claremont, LLC,
Claris Vision Holdings, LLC,
Claris Vision LLC,
Claxton, LLC,
Clayton, LLC,
Client Services CSICR, SRL a/k/a Client Services CSICR Sr LTDA,
Client Services Holdings, LLC,
Client Services, Inc.,
Clover Concepts, LLC,
CLTC Holdings, LLC,
CLTC Junior Loan-Backed Funding, LLC F/K/A CLTC Junior Loan Back Security Funding,
LLC,
CLTC Senior Loan-Backed Funding, LLC f/k/a CLTC Senior Loan Back Security Funding,
LLC,
CMC Holding Company, LLC,
CMC Loan-Backed Funding, LLC f/k/a CMC Loan Back Security Funding, LLC,
Cobra, LLC,
Coding Institute, LLC,
Collection Management Company,
Collections Management Holdings, LLC,
Columbus, LLC,
Compliance Services Ltd.,
Compliance Services, LLC,
Complysmart Holdings, LLC,
Complysmart, LLC,
Concept Creations Corp.,
Connect2 CME Limited n/k/a Alchemie Medical Education Limited,

8

B 2500B (Form 2500B) (12/15)

Connect2 Medical Communications Limited,
Conservatrix Leven, NV,
Conway, LLC,
Cowper, LLC,
Creative Collectible Company, LLC,
Creston, LLC,
Cri Holdings, LLC,
CSI Interco, LLC,
CV Equipment Leasing, LLC,
CV Holdings, LLC,
CV Investments, LLC,
CVE Holdings, LLC,
CWNP, LLC,
Daffodil Six, LLC,
Dahlia Ten, LLC,
Daisy Seven, LLC,
Dam Holdings I, LLC,
Damascus Asset Management, LLC,
Damoco Bidco Limited (UK),
Damoco Holdco Limited (UK),
Damoco Midco Limited (UK),
Damova Polska Sp. Zo.O,
Damovo Belgium Nv/Sa,
Damovo Costa Rica SRL,
Damovo Deutschland GmbH & Co. Kg,
Damovo Deutschland Topco GmbH,
Damovo Deutschland Verwaltungs GmbH,
Damovo Global Services (UK) Limited,
Damovo Holdings Deutschland GmbH,
Damovo Ireland Limited,
Damovo Ltd (Atlanta Topco Limited),
Damovo Luxembourg S.A.R.L.,
Damovo Österreich GmbH,
Damovo Schweiz Ag,
Damovo Sverige.Ab,
Damovo USA, Inc.,
Danielsville, LLC,
Deering, LLC,
Delmar Center Holdings, LLC,
Delmar Surgical Center, LLC,
Demand Side Media, Ltd.,
Dental Management Holdings, LLC,
Dental Management Operations, LLC,
Derry, LLC,

9

B 2500B (Form 2500B) (12/15)

DGX Holdings, LLC,
Dictate It Limited,
Diversified Terra Holdings, Ltd.,
DJRTC, LLC,
Dream Markets, Inc.,
Drummond Group, LLC,
DSE Holdings, LLC,
DTH Holdings, Ltd,
Dunbarton, LLC,
Dunhill Holdings, LLC,
Dunstans Publishing Limited,
Durham, LLC,
EAM Holdings I, LLC,
East Hill Holdings, LLC,
Eastern Enterprises, LLC,
Eatonton, LLC,
ECL Group, LLC,
ECL Holdings, LLC,
ECLL Private Ltd,
Edwards Mill Asset Management, LLC,
Effingham, LLC,
E-Finity Leads Ltd. n/k/a Candid Insurance Services Ltd,
EG Media Holdings, LLC,
EG Media Investments, LLC,
EGX Holdings, LLC,
Eiffel Holdings, LLC,
Elberton, LLC,
Elements Communications Limited,
Elevate Healthcare, Inc.,
Elevate Portfolio, LLC,
Eli Arrevio Limited n/k/a Global Growth Arrevio Private Limited,
Eli BPO India Private Ltd,
Eli Business Solutions Private Ltd,
Eli Denmark Investments, LLC,
Eli Deutschland GmbH,
Eli Equity, LLC,
Eli Germany Holdings, LLC,
Eli Global Asia Pacific Limited,
Eli Global Philippines Resources Operations Center, Inc.,
Eli Global, LLC,
Eli Health Solutions Pvt. Ltd.,
Eli Knowledge Services (India) Private Limited,
Eli New Media, LLC,
Eli Publications, Inc.,

10

B 2500B (Form 2500B) (12/15)

Eli Research India Private Limited,
Eli Research, LLC,
Eli Revenue Cycle Solutions Private Limited,
Eli Shared Services Private Limited,
Eli Ventures, LLC,
Ellaville, LLC,
ELP Holdings, LLC,
ELT Groupe,
ENG Holdings, LLC,
Engaged Media Holdings, LLC,
Engaged Media, LLC,
Engagement Group, LLC,
Englert Holdings, LLC,
Enterprises Services, LLC,
Entrust Global Group, LLC,
ENX, LLC,
Ephesus Asset Management, LLC,
Epic Care Home Technologies Limited,
Epic Solutions Limited,
Epping, LLC,
eRadimaging, LLC,
Erie Properties, LLC,
ERX Holdings, LLC,
Eye & Lasik Eye Care Management, LLC,
Eye & Lasik Holdings, LLC,
Eye & Lasik Optical, LLC,
Eye Care Leaders Holdings, LLC,
Eye Care Leaders Portfolio Holdings, LLC,
Eye Reach Patients, LLC,
F1rstmark, LLC,
Fafnir Distribution ApS,
Faison, LLC,
Fargo, LLC,
Farmington, LLC,
Farrington Mill Holdings, LLC,
Fayetteville, LLC,
FIA Holdings, LLC,
Fiasco Fine Wine, LLC,
Financial Institute Advisors, LLC,
Finanzen France SAS,
Finanzen Holdings, LLC,
Finanzen.De Maklerservice GmbH,
Finanzen.De Vermittlungsgesellscaft Tor Verbrauchervertr,
First International Financial, Inc.,

11

B 2500B (Form 2500B) (12/15)

Flagship Holdings, LLC,
Fleet Assist Interco Limited,
Fleet Assist Limited,
Flemington, LLC,
Flovilla, LLC,
Flowery Branch, LLC,
FMC Mortgage Corporation,
Firstmark, LLC,
FMX Holdings, LLC,
Folkston, LLC,
Forest Park Asset Management, LLC,
Forsyth, LLC,
Fortrex Holdings, LLC,
Fortrex Technologies Holdings, LLC,
Fortrex, LLC,
Foxford Investments Limited,
Fpam Holdings I, LLC,
Franconia, LLC,
Fs Windup, LLC,
FTGU Holdings, LLC,
FTGU Medical Billing, LLC,
Funston, LLC,
Futuresource Consulting Limited,
Futuresource Holdings Limited,
GAM Holdings I, LLC,
GAM Holdings, LLC,
Gamespro Global Group ApS,
Gardenia One, LLC,
Garfield, LLC,
GB Capital, LLC,
GB Life Luxembourg S.A.,
GB UK Investments, LLC,
GB Venture Fund, LLC,
GBC Advisors, LLC,
GBC Holdings, LLC,
GBI Group, LLC,
GBIG Business Solutions Private Limited,
GBIG Capital, LLC,
GBIG Holdings, Inc. (a/k/a GBIG Holdings & Reinsurance Company Inc.),
GBIG Portugal, S.A.,
GBVF Holdings, LLC,
GC Holdings, LLC,
GCC Holdings Us, LLC,
GCC Holdings, LLC,

12

B 2500B (Form 2500B) (12/15)

GCC Interco, LLC,
Geranium Two, LLC,
GHTG Investment, LLC,
Gilford Asset Management, LLC,
Gilford, LLC,
Gillsville, LLC,
GIX Holdings, LLC,
Global A&D Holdings, LLC,
Global Bankers Insurance Group, LLC N/K/A Aspida Financial Services, LLC,
Global Credit & Collection (Indiana) Corporation,
Global Credit & Collection Corporation,
Global Credit and Collections, Inc.,
Global Data Insights Limited,
Global ETC, LLC,
Global Growth, LLC,
Global Growth Holdings, Inc. f/k/a Academy Association, Inc.,
Global Health Technology Group, LLC,
Global Mortgage Capital Holdings, LLC,
Global Mortgage Capital, Inc.,
Global Operations Services, LLC,
Global Tic Ce, LLC,
Global Vision Growth, LLC,
GMK Pepper Holdings Limited,
Goffstown, LLC,
Golden Energy Group, LLC,
Goprime Mortgage, Inc.,
Goshen, LLC,
GP Management, LLC,
Grande LLC,
Green Lilac, LLC,
Greenfield Capital, LLC,
Greenville, LLC,
GSRE 27, LLC,
GSRE 29, LLC,
GTIC Holdings, LLC,
GTIC&A, LLC,
HA Wind Up 1, LLC f/k/a Hansen Aerospace Holdings, LLC,
HAM Holdings I, LLC,
Hampstead, LLC,
Hampton Asset Management, LLC,
Hansen Aerospace Holdings, LLC n/k/a HA Windup 1, LLC,
Hansen Aerospace, LLC,
Harvard Collect, LLC,
Harvard Collection Services, LLC,

13

B 2500B (Form 2500B) (12/15)

Health Audio, LLC,
Health Ireland Partners Limited,
Health Through Information,
Healthcare Jobs, LLC,
Healthicity, LLC,
Healthlink Group Investments Limited,
Healthlink Group Limited,
Healthlink Group PTY Limited,
Healthlink Holdings, LLC,
Healthlink Investments, LLC,
Healthlink Research Limited,
Helix Health Group Limited,
Helix Health Software Limited,
Hemophilia Preferred Care of Memphis, Inc.,
Hemophilia Preferred Care of Mississippi, Inc.,
Hemophilia Preferred Care of Oklahoma, Inc.,
Henniker, LLC,
HH Spiral Holdings Limited,
Hibiscus Three, LLC,
Holt, LLC,
Home Medical Equipment Specialists, LLC (d/b/a HME Specialists LLC),
Hooksett, LLC,
Hopkinton, LLC,
Horizon Holdings I, LLC,
HPC Biologicals, Inc.,
HPC Specialty Rx of Kansas, Inc.,
HPC Specialty Rx Reed, Inc.,
HPC Specialty Rx West Virginia, Inc.,
HPC, LLC,
HPCNC, Inc.,
HPCSP Holdings, LLC,
HPCSP Investments, LLC,
Hrweb Holdings, LLC,
Hrweb Software, LLC,
Hybrid Treatment Solutions, LLC,
Hyacinth Four, LLC,
Hydrangea Four, LLC,
I SBA-International Society of Business Appraisers, LLC,
IBC Management, LLC,
ICAM Holdings I, LLC,
IFA Systems AG,
iMedicware, Inc.,
IMW EMR, LLC,
IMW Holdings, LLC,

14

B 2500B (Form 2500B) (12/15)

In The Arena, LLC,
Independent Contractor Services, LLC,
Independent Contractor, LLC,
Informatica Investments Limited,
Informatica Systems Limited,
Inhealthcare, LLC,
Inkop, LLC,
Insight Software, LLC,
Integrity Emr Holdings, LLC,
Integrity Emr, LLC,
Intralan (Uk) Limited,
Intralan Group Limited,
Intralan Investments Limited,
Intralan Telecom Limited,
IO Practiceware, Inc.,
Iopw Holdings, LLC,
Iredell, LLC,
Iris Four, LLC,
Iron City Asset Management, LLC,
ISBA-International Society of Business Appraisers, LLC,
iTech Funding, LLC,
Jackson Asset Management, LLC,
Jacksonville, LLC,
Jaffrey, LLC,
Jam Holdings I, LLC,
Jasmine Five, LLC,
K2b Sàrl,
Kenly, LLC,
Keymed Holdings, LLC,
Keymed, LLC,
Kite Asset Management, LLC,
Kite Holdings I, LLC,
Konnect Net Holdings, LLC,
Konnect Net Investments Limited,
Konnect Net Limited,
Laconia, LLC,
LAM Holdings I, LLC,
LAM Holdings, Inc.,
Lares Holdings, LLC,
Lares, LLC,
Lavender Six, LLC,
Lens On Demand, LLC,
Liberty Holdings LLC,
Liberty House Clinic Limited,

15

B 2500B (Form 2500B) (12/15)

Lilac Six, LLC,
Lilly Asset Management, LLC,
Lily Two, LLC,
Limitless Research, Inc.,
Littleton, LLC,
LMG Holdings, LLC,
LMG Management Holdings, LLC,
LMG Management, LLC,
Londonderry, LLC,
Lotus Seven, LLC,
Loudon, LLC,
Louisburg, LLC,
M Holding Company, LLC,
M Investments, LLC,
Macon, LLC,
Madbury, LLC,
Magnolia Eight, LLC,
MAM Holdings I, LLC,
Marigold Nine, LLC,
Market Tech Media Corporation,
Mars Cars, LLC,
Marshall Asset Management, LLC,
Marval Group Limited,
Marval Investments Limited,
Marval Software Limited,
Marval Training and Consultancy Limited,
Marvel Investments Limited,
Master Procure, LLC,
Maxwell Stanley Consulting Investments Limited,
Maxwell Stanley Consulting Limited f/k/a One Step Ahead Consultancy Ltd,
MBS Investments Pty. Ltd. n/k/a Clanwilliam Australia Pty Limited,
MBW Holdco, LLC,
MBW Interco, LLC,
McCarthy, Burgess & Wolff, Inc.,
McKinley Ventures Group, LLC,
MD Office, LLC,
MDO Group Holdings, LLC,
MDX, LLC,
Med Claims International, LLC,
MedAttend, LLC N/K/A USA Mask Company, LLC,
Medclaims Holdings, LLC,
Medflow Holdings, LLC,
Medflow, Inc.,
Media Product Services, LLC,

12/18/2023 SL1 1967520v1 114825.00001

B 2500B (Form 2500B) (12/15)

Medical Business Systems Pty Ltd.,
Medical Physics, LLC,
Medicom Medical Computer Solutions Limited,
Mercato Leadmanagement Investments Holdings GmbH,
Meredith, LLC,
Merrimack, LLC,
Metronome Financial, LLC,
Metronome Holdings, LLC,
Miracard, LLC,
MM Holdings I, LLC,
MM Holdings, LLC,
MM Logistics, LLC,
MNI Holdings, LLC,
Morning Mountain Holdings, LLC,
Morresville, LLC,
Mountain West Innovations Inc.,
MRX Holdings, LLC f/k/a Mplus Holdings, LLC,
MVE Holding, LLC n/k/a MNI Holdings, LLC,
My Vision Express, Inc.,
NAM Holdings I, Inc.,
Nashua, LLC,
Nationwide Recovery Holdings, LLC,
Nationwide Recovery Systems, Ltd.,
NEBB Holdings, LLC,
NEBB Institute, LLC,
NEC Holdings, LLC,
NEI Holdings, LLC,
NEI Investments, LLC,
NEI Management, LLC,
Netfarmers GmbH,
Netherlands Insurance Holdings, Inc.,
Netherlands Insurance Holdings, LLC,
New England Capital, LLC,
New Hill Asset Management, LLC,
New Hill, LLC,
New Ipswich, LLC,
Next Level Purchasing, Inc.,
Next Level Purchasing, LLC,
NHA Holdings, LLC,
NHC Holdings, LLC,
Nice Asset Management, Inc.,
NIH Capital, LLC,
NLC Holdings, LLC,
NLC Investments, LLC

17

B 2500B (Form 2500B) (12/15)

NLP Holdings, LLC,
NN Life Luxembourg S.A.,
NOM GB 2018 I, LLC,
Non Sport Update Holdings, LLC,
Non Sport Update, LLC,
Norlina, LLC f/k/a Highlight, LLC,
Northeast Insurance Holdings, Inc.,
Northeast LMG Holdings, LLC,
Northern Air, LLC,
Northstar Financial Insurance Services, LLC,
Notochord Limited,
Nottingham, LLC,
NPC National Physics Consultants, LLC,
NS Beaufort Investments, LLC,
NS EBR, LLP,
NSES 13, LLC,
NSES B, Inc.,
NSES C, Inc.,
NSES D, Inc.,
NSES E, Inc.,
NSES F, Inc.,
NSES Funding 10, LLC,
NSES G, Inc.,
NSES H, Inc.,
NSX Wilmington Limited,
NW Eye Care Management, LLC,
NW Eye Surgeons Holdings, LLC,
NWES Holdings, LLC,
OAM Holdings I, Inc.,
Oatman Asset Management, Inc.,
Obsidian Healthcare Group Limited,
Ocean Ophthalmology Management Holdings, LLC,
Ocean Ophthalmology Management, LLC,
OGX Holdings, LLC,
OMPC, LLC f/k/a OMPC Therapy, LLC,
Online Reputations Manager, LLC,
Orange Gardenia, LLC,
Orange Petunia, LLC,
Orange Poppy, LLC,
Orchid Five, LLC,
P A S Holding Limited,
P Windup1 Limited,
P Windup2 Limited,
PAM Holdings I, Inc.,

18

B 2500B (Form 2500B) (12/15)

PAM Holdings I, LLC,
Paradigm Park Holdings, LLC,
Paradise Asset Management, LLC,
Parallel Capital Assets, LLC,
Patent Review Score, Inc. a/k/a Patient Review Score, Inc.,
Patriot Group Holdings, LLC,
Pavonia Life Insurance Company of Michigan,
PB Investment Company Ltd.,
PBO Holdings, Inc.,
PBX Bermuda Holdings, Ltd.,
PBX Holdings, LLC,
PCF Holdings, LLC,
PCF, LLC f/k/a Litigation Funding, LLC,
Pelton Group, LLC,
Pelton Holdings, LLC,
Penn Medical Informatics Systems, LLC,
Peony Five, LLC,
Periwinkle Seven, LLC,
Petunia Ten, LLC,
Pharma Database, LLC n/k/a Sixsails, LLC,
Pharma Holdings, LLC,
Pharmasys Investments Limited,
Pharmasys Limited,
Phenna Holdings, LLC,
PI Software Holdings, LLC,
PI Software, LLC,
Pierre Mendes, LLC,
Pink Orchid, LLC,
Pink Tulip, LLC,
Plaistow, LLC,
PMMS Investments Limited,
PMX, LLC,
Point of No Return, Inc.,
Poppy Nine, LLC,
PPF OFF 151 North Franklin Street, LLC,
PPH Holdings, LLC,
Practice Builders, LLC,
Prairie E&L Holdings, LLC,
Prairie E&L Management, LLC,
Preferred Financial Corporation, LLC,
Prime Case Funding, LLC,
Prime Mortgage Lending, Inc.,
Prime Trust,
Proactive Software Holdings, LLC,

12/18/2023 SL1 1967520v1 114825.00001

B 2500B (Form 2500B) (12/15)

Proactive Software Limited,
ProEdTech, LLC,
Professional Medical Management Services Limited,
Prolimiate Solutions Holdings, LLC,
Prolimiate Solutions, LLC,
Prospect Ridge Energy, LLC,
Pulse IT Communications PTY Ltd.,
QAM Holdings I, Inc.,
Queenstown Asset Management, Inc.,
R&A Eye Holdings, LLC,
R&A Eye Management, LLC,
Raymond, LLC,
Recovery Web Solutions Limited,
Red Begonia, LLC,
Red Dahlia, LLC,
Red Daisy, LLC,
Red Eagle Enterprises, LLC,
Red Jasmine, LLC,
Red River Developments, LLC,
Research Triangle Clinical Development,
Resolute Free Press, LLC,
Revenue Health Solutions, LLC,
Reynolds & Anliker Holdings, LLC,
RHS Holdings, LLC,
Rindge, LLC,
Rock Holdings I, LLC f/k/a Rock Holdings I, Inc.,
Rockdale Asset Management, LLC,
Rose Four, LLC,
RPI Radiological Physics, LLC,
Rumney, LLC,
SAF Holdings I, LLC,
SAF Holdings II, LLC,
SAF Holdings III, LLC,
SAF Holdings IV, LLC,
Sam Holdings I, LLC,
Sanctuary Banbury Limited,
Sandown, LLC,
Satori Waters, LLC,
SCMA, LLC,
Secured Loan-Backed Funding I, LLC,
Secured Loan-Backed Funding II, LLC,
Secured Loan-Backed Funding III, LLC,
Secured Loan-Backed Funding IV, LLC,
Secured Loan-Backed Funding IX, LLC,

12/18/2023 SL1 1967520v1 114825.00001

B 2500B (Form 2500B) (12/15)

Secured Loan-Backed Funding V, LLC,
Secured Loan-Backed Funding VI, LLC,
Secured Loan-Backed Funding VII, LLC,
Secured Loan-Backed Funding VIII, LLC,
Secured Loan-Backed Funding X, LLC,
Secured Loan-Backed Funding XI, LLC,
Secured Loan-Backed Funding XII, LLC,
Secured Loan-Backed Funding XIII, LLC,
Secured Loan-Backed Funding XIV, LLC,
Secured Loan-Backed Funding XV, LLC,
Secured Loan-Backed Funding XVI, LLC,
Secured Loan-Backed Funding XVII, LLC,
Sedwick, LLC,
SFM Loan-Backed Funding, LLC,
Shirt, LLC,
Shop Loc Holdings, LLC,
Shopper Local, LLC,
SIC US Holdings, LLC,
Sirius Capital Holdings Limited,
Skyworld Corporation,
SN Group Development, LLC,
SN Malta Services Limited,
SNA Capital, LLC n/k/a GBIG Capital, LLC,
SNA Funding, LLC,
SNH Acquisition, LLC,
Socrates Healthcare, Inc.,
Somersworth, LLC,
South Hill Holdings, LLC,
Southeast Insurance Capital, LLC,
Southern Hobby Distribution, LLC,
Southern Hobby Holdings, LLC,
SP Holdco, LLC,
Speedy Services, LLC,
SSH Capital, LLC,
Standard Advisory Services Limited,
Standard Assets Fund I, LLC,
Standard Assets Fund II, LLC,
Standard Assets Fund III, LLC,
Standard Assets Fund IV, LLC,
Standard Financial Limited,
Standard Holdings Limited,
Standard Insurance Holdings, Inc.,
Standard Investment Capital, Ltd.,
Standard Investment Holdings Ltd.,

21

12/18/2023 SL1 1967520v1 114825.00001

B 2500B (Form 2500B) (12/15)

Standard LC Capital, LLC,
Standard LC Holdings, LLC,
Standard Life Holdings Limited,
Standard Life Limited,
Standard Malta Holdings Limited,
Standard Malta Limited,
Standard Pacific Investments PTY Ltd,
Stoddard, LLC,
Stratford Holdco, LLC n/k/a Stratco Holdings, LLC,
Stratford Pharmaceuticals, LLC,
Stratham, LLC,
Stunner Productions, LLC,
Summerville Asset Management, LLC,
SW Holdings, LLC,
SunBiz Resources, LLC,
Sunflower Six, LLC,
Swanzey, LLC,
Sweet Consultants, LLC,
TAC Holdings, LLC,
TAC Home Mortgage, LLC,
TAC Investments, LLC,
Talaria Global Health, LLC,
Talent Acquisition Innovation Holdings, LLC,
Talent Acquisition Innovation, LLC,
Targeted Metrics, LLC,
TCC Junior Loan-Backed Funding, LLC,
TCC Senior Loan-Backed Funding, LLC,
TCI Loan-Backed Funding, LLC f/k/a TCI Loan Back Security Funding, LLC,
Techdate Corp.,
Tesla Management, Inc.,
The American Council on English Language Program Certification, Inc.,
The American Council, Inc.,
The Corporate Responsibility Board, LLC,
The Hoehne Group - Software Division, LLC f/k/a The Hoehne Group – Software Division, Inc.,
The Home Medical Equipment Trust,
The Online Rehab Limited,
The Recovery House Limited,
The River Source Solution Holdings Company, LLC,
The River Source Solutions, LLC,
The River Source Treatment Centre-Casa Grande, LLC,
TIAM Holdings I, LLC,
Tier 1 Lending Holdings, LLC,
Tier 1 Lending, LLC f/k/a Tier One Funding, LLC,
toconnect GmbH,

12/18/2023 SL1 1967520v1 114825.00001

B 2500B (Form 2500B) (12/15)

Toniq Limited,
Tornado, LLC,
Trans-Continental Credit & Collection Corp,
Transcontinental Holdings, LLC,
Transglobal UK Limited,
Treatment Direct Limited,
Trier Holding B.V.,
Triton Financial Limited,
TUX Holdings, LLC,
TV Fanfare Canada Ltd / TV Fanfare Canada Ltée,
Tybee Island Asset Management, LLC f/k/a Tybee Island Asset Management, Inc.,
UAM Holdings I, Inc.,
UK Addiction Treatment Group Limited,
UK Addiction Treatment Limited,
UK Asset Fund Holdings, LLC,
UK Atlanta Holdings, LLC,
UK Fintech Holdings, LLC,
UK Automotive Holdings, LLC,
UK Informatica Investments, LLC,
UK Intralan Investments, LLC,
UK Investment Holdings, LLC,
UK Marval Investments, LLC,
UKAT Holdings, LLC,
UKAT Interco Limited,
UKAT Investments Limited,
Ultimate Advisors, LLC,
Understand.com, LLC,
Understand.com Holding, LLC,
Unify Communications N.V. n/k/a Damovo Technology Services NV/SA,
Unit 77, LLC,
United Staffing Solutions, LLC,
Utopia Asset Management, Inc.,
Valdosta, LLC,
VAM Holdings I, Inc.,
Van Ru Credit Corporation,
Van Ru International, Inc.,
Ventura Asset Management, Inc.,
Violet One, LLC,
VIP Hub Services, LLC,
Vision Care Alliance, LLC,
Vision Care Services Holdings, LLC,
Vision Care Services, LLC,
Vista Life & Casualty Reinsurance Company,
Voice & Data Network AG,

12/18/2023 SL1 1967520v1 114825.00001

B 2500B (Form 2500B) (12/15)

VR Collections, LLC,
VR Enterprises, LLC,
VRC Holdings, LLC,
Waco Asset Management, Inc.,
Waco Holdings I, Inc.,
WC Holdings, LLC,
WCS Resources, LLC,
Weare, LLC,
Web Courseworks, LLC,
Western Bancorp, Inc.,
WesternB Holdings, LLC,
WesternB Investments, LLC,
Whitaker Mill, LLC f/k/a Trivial, LLC,
White Lily, LLC,
William Street Asset Management Limited,
Williamson, LLC,
Wilmington Holdings Limited,
Winn Over Enterprises, LLC,
Wolfeboro, LLC,
WPP Capital, LLC,
WPSC Holdco, LLC,
WPSC Investments, LLC,
WSAM Holdings Limited,
WW Staffing, LLC,
WWS Holdings, LLC,
WYO Tech Investments LLC,
Yaras Group, LLC,
Yarrow Three, LLC,
Yellow Carnation, LLC,
Yellow Lotus, LLC,
Yellow Magnolia, LLC,
Yellow Sunflower, LLC,
ZAM Holdings I, Inc.,
Zapit Medical Physics, LLC,
Zen Services, Inc.,
Zion Asset Management, Inc.