UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br><br>  Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and RACHELLE FRISBY, as Joint Provisional Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD. and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>  Plaintiffs,<br><br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al.*,<br><br>  Defendants. | Adv. Proc. No. 23-01000 (LGB) |

**ORDER STAYING THE ADVERSARY PROCEEDING AS TO THE TEXAS DEBTORS**

Upon the Suggestion of Bankruptcy and Notice of Automatic Stay [ECF No. 237] filed by

the Texas Debtors[2] advising this Court of the voluntary petitions filed on January 16, 2024 in the

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. And PB Investment Holdings Ltd. Are Bermuda limited companies, with a registered address at c/o Deloitte Ltd., Corner House 20 Parliament Street, Hamilton, HM 12, Bermuda. The chapter 15 cases are jointly administered for procedural purposes by orders of this Court [ECF Nos. 11 and 42]. References to "ECF No." relate to documents filed in this adversary proceeding (the "Adversary Proceeding").

[2] The Texas Debtors include the following thirty-two (32) defendants to the Adversary Proceeding: Eye Care Leaders Portfolio Holdings, LLC; Alta Billing Holdings, LLC; Alta Billing, LLC; Canta Health, LLC; DJRTC, LLC; ECL Group, LLC; ECL Holdings, LLC; Eye Care Leaders Holdings, LLC; iMedicWare, Inc.; IMW EMR, LLC; IMW

1

United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Texas Bankruptcy Court"), under Jointly Administered Case No. 24-80001 (MVL) (the "Chapter 11 Case"); and upon 11 U.S.C. § 362 becoming effective automatically upon the commencement of the Chapter 11 Case; it is hereby:

**ORDERED**, that, effective immediately, the Adversary Proceeding is stayed as to the Texas Debtors pursuant to section 362 of the Bankruptcy Code; and it is further

**ORDERED**, that any statutory deadlines and other deadlines, including any contained in any scheduling order or briefing schedule entered in the Adversary Proceeding, or otherwise, shall be inapplicable as to the Texas Debtors as long as the stay imposed by the Texas Bankruptcy Court and this Order remain in effect; and it is further

**ORDERED**, that the stay shall remain in effect until ten (10) business days following the JPLs filing with this Court, and serving on the Texas Debtors, an order of the Texas Bankruptcy Court (the "Texas Bankruptcy Court Relief Order") authorizing the JPLs to prosecute the Adversary Proceeding subject to the terms that such order contains; and it is further

**ORDERED**, that in the event the Texas Bankruptcy Court Relief Order is filed and served as described above, a conference shall be scheduled by the Court to establish appropriate pleading, discovery and other deadlines with respect to the Adversary Proceeding as it pertains to the Texas Debtors; and it is further

---

Holdings, LLC; Insight Software, LLC; Integrity EMR Holdings, LLC; Integrity EMR, LLC; IO Practiceware, Inc.; IOPW Holdings, LLC; Keymed Holdings, LLC; Keymed, LLC; MD Office, LLC; MDO Group Holdings, LLC; MDX, LLC; Medflow Holdings, LLC; Medflow, Inc.; MNI Holdings, LLC; MRX Holdings, LLC; My Vision Express, Inc.; Penn Medical Informatics Systems, LLC; PI Software Holdings, LLC; PI Software, LLC; PMX, LLC; Revenue Health Solutions, LLC; RHS Holdings, LLC; and The Hoehne Group – Software Division, Inc. The Court notes that Debtors ECL PH Services Group LLC and IOPW, LLC are not named defendants in the Adversary Proceeding and therefore, this Order does not apply to those Debtors.

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from the interpretation and implementation of this Order.

Dated: January 30, 2024
      New York, New York

                                                */s/ Lisa G. Beckerman*
                                                HONORABLE LISA G. BECKERMAN
                                                UNITED STATES BANKRUPTCY JUDGE