**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and EDWARD WILLMOTT, as Joint Official Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., and Joint Provisional Liquidators on behalf of NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD., and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>    Plaintiffs,<br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al.*<br><br>    Defendants. | Adv. Proc. No. 23-01000 (LGB)<br><br>**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT** |

      Pursuant to Fed. R. Civ. P. 55(a), L.R. 55.1, and L.B.R. 7055-1, John Johnston and Edward Willmott, as Joint Official Liquidators on behalf of PB Life and Annuity Co., Ltd. (in liquidation), and as Joint Provisional Liquidators on behalf of Northstar Financial Services (Bermuda) Ltd. (in liquidation), Omnia Ltd. (in liquidation), and PB Investment Holdings Ltd. (in liquidation) (the "JPLs"), and PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd., and PB Investment Holdings Ltd., (collectively, the "Debtors," and together with the JPLs,

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Financial Advisory Ltd. Bermuda, Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are jointly administered for procedural purposes, by Order entered on April 2, 2021.

1

the "Plaintiffs") request a Clerk's certificate of entry of default. Within the accompanying affidavit, undersigned counsel affirms that each party against whom default is sought:

1) is not an infant or incompetent person;

2) is not in military service;

3) was properly served under Fed. R. Bankr. P. 7004 and proof of service having been filed with the Court; and

4) has defaulted in appearance in the above captioned action.

Dated: July 17, 2024  
New York, New York

/s/ Constantine D. Pourakis  
Constantine D. Pourakis

*Attorneys for Plaintiffs*