UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and EDWARD WILLMOTT, as Joint Official Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., and Joint Provisional Liquidators on behalf of NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD., and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>    Plaintiffs,<br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al*.<br><br>    Defendants. | Adv. Proc. No. 23-01000 (LGB) |

**AFFIDAVIT OF CONSTANTINE D. POURAKIS IN SUPPORT OF**
**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

CONSTANTINE D. POURAKIS, under the penalty of perjury, affirms as follows:

1. I am an attorney duly admitted to practice in the State of New York.

2. I am a shareholder at the law firm Stevens & Lee, P.C., 485 Madison Avenue, 20th Floor, New York, New York 10022, counsel to John Johnston and Edward Willmott, as Joint Official Liquidators on behalf of PB Life and Annuity Co., Ltd. (in liquidation), and as Joint

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Financial Advisory Ltd. Bermuda, Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are jointly administered for procedural purposes, by Order entered on April 2, 2021.

1

Provisional Liquidators on behalf of Northstar Financial Services (Bermuda) Ltd. (in liquidation), Omnia Ltd. (in liquidation), and PB Investment Holdings Ltd. (in liquidation) (the "JPLs"), and PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd., and PB Investment Holdings Ltd., (collectively, the "Debtors," and together with the JPLs, the "Plaintiffs").

3. I respectfully submit this Affidavit in Support of Plaintiffs' Request for a Clerk's Certificate of Default.

4. By complaint dated January 4, 2023 **(Doc. 1)** (the "Complaint"), summons dated January 9, 2023 **(Doc. 5)** (the "First Summons"), and second summons dated March 8, 2023 **(Doc. 72)** (the "Second Summons"), Plaintiffs commenced the instant action. The defendants listed in Exhibit A, annexed hereto (the "Default Defendants") are among the named defendants in the Complaint.

5. In accordance with Fed. R. Bankr. P. 7004, I caused the Complaint, Summons, and Second Summons (where applicable) to be served via first-class mail upon the Default Defendants. *See* Affidavit of Service dated March 9, 2023 **(Doc. 75)**, Supplemental Affidavit of Service dated March 9, 2023 **(Doc. 76)**, and Supplemental Affidavit of Service dated March 10, 2023 **(Doc. 77)**.

6. The Default Defendants failed to submit an answer or otherwise respond to the Complaint by the deadlines provided for in the First and Second Summons. As of the date hereof, the Default Defendants have not served the Plaintiffs with an answer or other response.

7. On September 27, 2023, Plaintiffs filed an amended complaint **(Doc. 129)** (the "Amended Complaint"). The Default Defendants are among the named defendants in the Amended Complaint. The Court issued an amended second summons dated September 29, 2023 **(Doc. 130)** (the "Amended Second Summons"), a third summons dated December 6, 2023 **(Doc. 190)** (the

"Third Summons"), and a fourth summons dated December 19, 2023 **(Doc. 219)** (the "Fourth Summons").

8. In accordance with Fed. R. Bankr. P. 7004, I caused the Amended Complaint, Amended Second Summons, Third Summons (where applicable), and Fourth Summons (where applicable) to be served via first-class mail upon the Default Defendants. *See* Certificate of Service dated October 3, 2023 **(Doc. 131)** and Certificate of Service dated January 2, 2024 **(Doc. 223)**.

9. The Default Defendants failed to submit an answer or otherwise respond to the Amended Complaint by the deadlines provided for in the Amended Second Summons, Third Summons, and Fourth Summons. As of the date hereof, the Default Defendants have not served the Plaintiffs with an answer or other response.

10. Each Default Defendant is not: (a) an infant or incompetent person; or (b) in military service. Upon information and belief, each Default Defendant is a domestic corporation, limited liability company, or limited liability partnership.

11. Plaintiffs request entry of the Clerk's Certificate of Default, annexed hereto.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing is willfully false, I am subject to punishment.

Dated: July 17, 2024
New York, New York

Constantine D. Pourakis

Sworn to before me this 17
day of July, 2024.

Notary Public

KATHRYN L. MILLER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MI6405248
Qualified in Nassau County
Commission Expires March 2, 2028

SL1 2045189v3 114825.00001

## EXHIBIT A

| Defendant | Address(s) |
|---|---|
| 286 Spring PH Holdings Corp. | Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 |
| 3BL Holdings, LLC | 2175 NW Raleigh St., Suite 110, Portland, OR 97210 |
| American Funeral and Cremation Plans, LLC | 641 South Lawrence Street, Montgomery, AL 36104 |
| Atlas Group, LLC | United States Corporation Agents, Inc., 651 N. Broad Street, Suite 201, Middletown, DE 19709<br><br>Delaware Corporate Agents, Inc., 3500 S. Dupont Highway, Dover, DE 19901 |
| AYC Holdings, LLC | Corporation Service Company, 1209 Orange Street, Wilmington, DE 19801<br><br>Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801<br><br>2222 Sedwick Road, Durham, NC 27713 |
| BOLN-286 Spring Corp. | Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 |
| BOLN-Agera Corp. | Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 |
| BRC Holding, LLC | 2707 Carriage Crossing Dr., Matthews, NC 28105 |
| CAF Holdings, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |
| Capstone Preneed Funeral and Burial Association | 100 Shockoe Slip, FL 2, Richmond, VA 23219<br><br>2222 Sedwick Road, Durham, NC 27713 |
| Firstmark, LLC | CT Corporation System, 9 Capitol St., Concord, NH 03301<br><br>2236 Sheffield Drive, Jackson, MS 39211<br><br>34 Juniper Ln, Newton Center, MA 02159 |
| FMC Mortgage Corporation | 2006 S. Main St., Suite 206, Wake Forest, NC 27587 |

## EXHIBIT A (cont.)

| **Defendant** | **Address(s)** |
|---|---|
| Global Bankers Insurance Group, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713<br><br>2327 Englert Drive, Durham, NC 27713 |
| GSRE 27, LLC | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904<br><br>50 Washington Street, Suite #401, Norwalk, CT 06854 |
| GSRE 29, LLC | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904<br><br>50 Washington Street, Suite #401, Norwalk, CT 06854 |
| Healthcare Cloud Services, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 2760<br><br>2222 Sedwick Road, Durham, NC 27713 |
| Independent Contractor, LLC | 2567 Stonekey Pl., Lithonia, GA 30058 |
| M Investments, LLC | Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 |
| Medical Physics, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713<br><br>809 Gleneagles Court, Suite 100, Towson, MD 21286 |
| MM Holdings I, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713<br><br>5895 S. National Dr., Parkville, MO 64152 |
| MM Holdings, LLC | Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 |

SL1 2045189v3 114825.00001

## EXHIBIT A (cont.)

| Defendant | Address(es) |
|---|---|
| MM Logistics, LLC | Capital Administrations LLC, 1712 Pioneer Ave., STE 115, Cheyenne, WY 82001<br><br>1712 Pioneer Ave., STE 1042, Cheyenne, WY 82001<br><br>1712 Pioneer Ave., STE 1960, Cheyenne, WY 82001 |
| Morning Mountain Holdings, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713<br><br>4750 New Broad Street, Suite 125, Orlando FL 32814 |
| MORRESVILLE, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713<br><br>327 Hillsborough Street, Raleigh, NC 27603 |
| Northstar Financial Insurance Services, LLC | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904 |
| NS Beaufort Investments, LLC | Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 |
| NS EBR, LLP | Mark H. Ely, 345 Commerce Green Blvd., Sugar Land, TX 77478<br><br>P.O. Box 527, Hockley, TX 77477 |
| NSES 13, LLC | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904<br><br>615 South Dupont Highway, Dover, DE 19901 |
| NSES B, Inc. | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904<br><br>38-C Grove Street, Ridgefield, CT 06879 |
| NSES C, Inc. | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904<br><br>38-C Grove Street, Ridgefield, CT 06879 |

SL1 2045189v3 114825.00001

**EXHIBIT A (cont.)**

| Defendant | Address(s) |
|---|---|
| NSES D, Inc. | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904<br><br>38-C Grove Street, Ridgefield, CT 06879 |
| NSES E, Inc. | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904<br><br>38-C Grove Street, Ridgefield, CT 06879 |
| NSES F, Inc. | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904<br><br>38-C Grove Street, Ridgefield, CT 06879 |
| NSES Funding 10, LLC | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904<br><br>345 Commerce Green Blvd., Sugar Land, TX 77478 |
| NSES G, Inc. | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904<br><br>38-C Grove Street, Ridgefield, CT 06879 |
| NSES H, Inc. | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904<br><br>38-C Grove Street, Ridgefield, CT 06879 |
| OGX Holdings, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |
| OMPC, LLC f/k/a OMPC Therapy, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>809 Gleneagles Court, Suite 100, Towson, MD 21286 |
| Orange Gardenia, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |
| Orange Petunia, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |

SL1 2045189v3 114825.00001

**EXHIBIT A (cont.)**

| Defendant | Address(s) |
|---|---|
| Orange Poppy, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |
| Pink Orchid, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |
| Pink Tulip, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |
| PPF OFF 151 North Franklin Street, LLC | The Corporation Trust Company<br>Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801 |
| Prime Trust | Border Credit Advisors LLC, 8231 Greencastle Dr., Charlotte, NJ 28210 |
| Prospect Ridge Energy, LLC | Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904<br><br>50 Washington St., Suite 401, Norwalk, CT 06854-2750 |
| Red Begonia, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |
| Red Dahlia, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |
| Red Daisy, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |
| Red Jasmine, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |

SL1 2045189v3 114825.00001

**EXHIBIT A (cont.)**

| Defendant | Address(es) |
|---|---|
| RPI Radiological Physics, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713<br><br>809 Gleneagles Court, Suite 100, Towson, MD 21286 |
| Steida Holdings, Inc. | 7275 Canyon Pt. Circle, Brecksville, OH 44141 |
| Strategic Consolidated Income Fund LLC | Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 |
| The Corporate Responsibility Board, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |
| TUX Holdings, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713 |
| UK Atlanta Holdings, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>2222 Sedwick Road, Durham, NC 27713<br><br>4750 New Broad Street, Suite 125, Orlando, FL 32814 |
| ZapIT Medical Physics, LLC | Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608<br><br>809 Gleneagles Court, Suite 100, Towson, MD 21286 |

SL1 2045189v3 114825.00001