**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and EDWARD WILLMOTT, as Joint Official Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., and Joint Provisional Liquidators on behalf of NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD., and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>    Plaintiffs,<br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al*.<br><br>    Defendants. | Adv. Proc. No. 23-01000 (LGB)<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

      I, VITO GENNA, Clerk of the United States Bankruptcy Court for the Southern District of New York, do hereby certify that this action was commenced on January 4, 2023 with the filing of a Complaint **(Doc. 1)**, First Summons **(Doc. 5)**, and Second Summons **(Doc. 72)**, and that on September 29, 2023, Plaintiffs filed an Amended Complaint **(Doc. 129)**, whereby an Amended Second Summons **(Doc. 130)**, Third Summons **(Doc. 190)**, and Fourth Summons **(Doc. 219)** were docketed. I further certify that copies of these documents, where applicable, were served on the

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Financial Advisory Ltd. Bermuda, Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are jointly administered for procedural purposes, by Order entered on April 2, 2021.

1

following defendants in accordance with Fed. R. Bankr. P. 7004: 286 Spring PH Holdings Corp.; 3BL Holdings, LLC; American Funeral and Cremation Plans, LLC; Atlas Group, LLC; AYC Holdings, LLC; BOLN-286 Spring Corp.; BOLN-Agera Corp.; BRC Holding, LLC; CAF Holdings, LLC; Capstone Preneed Funeral and Burial Association; Erie Properties, LLC; Firstmark, LLC; FMC Mortgage Corporation; Global Bankers Insurance Group, LLC ; GSRE 27, LLC; GSRE 29, LLC; Healthcare Cloud Services, LLC; Independent Contractor, LLC; M Investments, LLC; Medical Physics, LLC; MM Holdings I, LLC; MM Holdings, LLC; MM Logistics, LLC; Morning Mountain Holdings, LLC; MORRESVILLE, LLC; Northstar Financial Insurance Services, LLC; NS Beaufort Investments, LLC; NS EBR, LLP; NSES 13, LLC; NSES B, Inc.; NSES C, Inc.; NSES D, Inc.; NSES E, Inc.; NSES F, Inc.; NSES Funding 10, LLC; NSES G, Inc.; NSES H, Inc.; OGX Holdings, LLC; OMPC, LLC f/k/a OMPC Therapy, LLC; Orange Gardenia, LLC; Orange Petunia, LLC; Orange Poppy, LLC; Paradigm Park Holdings, LLC; Pink Orchid, LLC; Pink Tulip, LLC; PPF OFF 151 North Franklin Street, LLC; Prime Trust; Prospect Ridge Energy, LLC; Red Begonia, LLC; Red Dahlia, LLC; Red Daisy, LLC; Red Jasmine, LLC; RPI Radiological Physics, LLC; Steida Holdings, Inc.; Strategic Consolidated Income Fund LLC; The Corporate Responsibility Board, LLC; TUX Holdings, LLC; UK Atlanta Holdings, LLC; and ZapIT Medical Physics, LLC; and proof of service was therefore filed on March 9, 2023 **(Doc. 75 and 76)**, March 10, 2023 **(Doc. 77)**, October 3, 2023 **(Doc. 131)**, January 2, 2024 **(Doc. 223)**. I further certify that the docket entries indicate that the defendants listed herein have not filed an answer or otherwise responded to the Complaint or Amended Complaint herein. The default of the defendants listed herein is hereby noted.

Dated: _____, 2024  
    New York, New York

VITO GENNA  
Clerk of Court

By: _____

2