**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and EDWARD WILLMOTT, as Joint Official Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., and Joint Provisional Liquidators on behalf of NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD., and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>    Plaintiffs,<br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al*.<br><br>    Defendants. | Adv. Proc. No. 23-01000 (LGB) |

## STIPULATION AND ORDER

**WHEREAS**, Plaintiffs John Johnston and Edward Willmott, as Joint Official Liquidators on behalf of PB Life and Annuity Co., Ltd. (in liquidation), and as Joint Provisional Liquidators on behalf of Northstar Financial Services (Bermuda) Ltd. (in liquidation), Omnia Ltd. (in liquidation), and PB Investment Holdings Ltd. (in liquidation) (the "JPLs"), and PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd., and PB Investment

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Financial Advisory Ltd. Bermuda, Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are jointly administered for procedural purposes, by Order entered on April 2, 2021.

Holdings Ltd., (collectively, the "Debtors," and together with the JPLs, the "Plaintiffs") commenced the instant Adversary Proceeding on January 4, 2023.

**WHEREAS**, on February 9, 2023, undersigned counsel to the Plaintiffs and counsel to the Damovo Defendants[2] executed a Stipulation and Order [ECF No. 33] staying the Adversary Proceeding as against the Damovo Defendants.

**WHEREAS**, undersigned counsel to the Plaintiffs and counsel to UK Atlanta Holdings, LLC, have agreed that UK Atlanta Holdings, LLC should also be considered a Damovo Defendant.

**WHEREAS**, undersigned counsel to the Plaintiffs and counsel to UK Atlanta Holdings, LLC have agreed to stay the Adversary Proceeding as against UK Atlanta Holdings, LLC consistent with the terms of the Stipulation and Order entered on February 9, 2023 [ECF No. 33] staying the Adversary Proceeding as against the Damovo Defendants.

**IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:**

1. The Adversary Proceeding is stayed as against UK Atlanta Holdings, LLC.

2. The Plaintiffs have the right to terminate this Stipulation and Order on sixty (60)-days' written notice to undersigned counsel to UK Atlanta Holdings, LLC. Upon termination of this Stipulation and Order, UK Atlanta Holdings, LLC shall submit an answer or otherwise respond to the Restated Amended Complaint [ECF No. 257] within thirty (30) days.

---

[2] The "Damovo Defendants" include the following entities: (i) Damoco Bidco Limited (UK); (ii) Damoco Holdco Limited (UK); (iii) Damoco Midco Limited (UK); (iv) Damova Polska SP. Zo.O; (v) Damovo Belgium NV/SA; (vi) Damovo Costa Rica SRL; (vii) Damovo Deutschland GmbH & Co. KG; (viii) Damovo Deutschland Topco GmbH; (ix) Damovo Deutschland Verwaltungs GmbH; (x) Damovo Global Services (UK) Lim-ited; (xi) Damovo Holdings Deutschland GmbH; (xii) Damovo Ireland Limited; (xiii) Damovo Ltd (Atlanta Topco Limited); (xiv) Damovo Luxembourg S.A.R.L.; (xv) Damovo Österreich GmbH; (xvi) Damovo Schweiz AG; (xvii) Damovo Sverige.AB; (xviii) Damovo USA, Inc.; (xix) Atlanta Bidco Limited; (xx) Atlanta Midco Limited; and (xxi) Atlanta Topco Limited.

SL1 2205606v1 114822.00001

3. Except as set forth in Paragraph 2, nothing in this Stipulation and Order amends, releases, or otherwise affects any contractual, statutory, common law, or equitable rights, claims, or defenses in any jurisdiction of any of the Plaintiffs or UK Atlanta Holdings, LLC.

| **CONDON TOBIN SLADEK THORNTON NERENBERG PLLC** <br> *Attorneys for UK Atlanta Holdings, LLC* <br><br> By: */s/ Jared T.S. Pace* <br> Aaron Z. Tobin (*pro hac vice*) <br> Jared T.S. Pace (*pro hac vice*) <br> Addison Gage Taylor (*pro hac vice*) <br> 8080 Park Lane, Suite 700 <br> Dallas, Texas 75231 <br> Telephone: 214-265-3800 <br> Facsimile:  214-691-6311 | **STEVENS & LEE, P.C.** <br> *Attorneys for the Plaintiffs* <br><br> By: */s/ Constantine D. Pourakis* <br> Constantine D. Pourakis <br> Nicholas F. Kajon <br> 485 Madison Avenue, 20th Floor <br> New York, New York 10022 <br> constantine.pourakis@stevenslee.com <br> nicholas.kajon@stevenslee.com |

**SO ORDERED THIS \_\_\_\_\_ DAY OF AUGUST 2024:**


_____

UNITED STATES BANKRUPTCY JUDGE

SL1 2205606v1 114822.00001