# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

| | |
|---|---|
| In re: PB Life and Annuity Co., Ltd. and Rachelle Frisby and John Johnston, as Joint Provis | Bankruptcy Case No.: 20–12791–lgb |

John Johnston as Joint Provisional Liquidator on behalf of PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd.
Rachelle Frisby as Joint Provisional Liquidator on behalf of PB Life and Annuity Co., Ltd.,
PB Life and Annuity Co., Ltd.
Omnia Ltd.
PB Investment Holdings Ltd.
Edward Willmott
John Johnston and Edward Willmott, Joint Provisional Liquidators
John Johnston and Edward Willmott, JPLs and PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd., and PB Investment Holdings Ltd.
John Johnston and Edward Willmott, Authorized Foreign Representatives and PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd., and PB Investment Holdings Ltd.

Plaintiff(s),

| | |
|---|---|
| –against– | Adversary Proceeding No. 23–01000–lgb |

Gregrey Evan Lindberg
aka Greg Evan Lindberg
Christa M. Miller
Christopher E. Herwig
Devin E. Solow
Eric D. Bostic
286 Spring PH Holdings Corp.
3BL Holdings, LLC
4839 N. Elston, LLC
5 Star Technical Services, LLC
A/R Allegiance Group, LLC
AAH Loan–Backed Funding, LLC
AAM Holdings I, LLC
AAM Holdings, LLC
AAPC Holdings, LLC
AAPC Investments, LLC
AAPC Voting Trust
AAPC, LLC
Academy Financial Assets, LLC
Academy Financial Holdings, LLC
Acquired Development, LLC
Addiction Recovery Helpline LLC
Advanced Benefit Connections LLC
Advantage Capital Investments LLC
Advisory Consultants, LLC
AFP, LLC
Agera Energy, LLC
Agera Holdings, LLC
AGH Parent, LLC
AGX Holdings, LLC
Ahoskie, LLC
Alcohol & Data Holdings, LLC
Alliance Media Group LLC
Alpharetta, LLC
Alpine Capital, LLC
Alstead, LLC
America Free Press, LLC
American Academy Holdings, LLC
American Academy of Professional Coders Chapter Association

American Funeral and Cremation Plans, LLC
American Healthcare Alliance Limited
American Yacht Charters, LLC
Amherst, LLC
Anaconda, LLC
Andover Asset Management, LLC
APAC Holdco, LLC
Apache Junction, LLC
Apex International, LLC
Apio Local, LLC
App This, Inc.
Aqua Blue Holdings, LLC
AR Management (Arrevio) Trust
AR Management (GGH) Trust
AR Purchasing Solutions 2, LLC
AR Purchasing Solutions, LLC
ARA Group Holdings, LLC
Arrevio Holdings, LLC
Arrevio, LLC
Ascendent D4K Holdings, LLC
Ascendent Dental Group (Fielet & Lee), P.C.
Ascendent Dental Management D4K, LLC
Asheboro, LLC
ASiM CE, LLC
ASIM Holdings, LLC
ASIM, LLC
ASL Holdings, LLC
ASL New Holdings, LLC
Asset Management, Inc.
Athens, LLC
Atkinson, LLC
Atlas Global Holdings, LLC
Atlas Global, LLC
Atlas Group, LLC
AudioEducator, LLC
AudioSolutionz, LLC
Audit Services Group, LLC
Augusta Asset Management, LLC
Augusta, LLC
Autonomy Healthcare Management, LLC
Autonomy Holdings, LLC
Autonomy Investments, LLC
AYC Crew, LLC,
AYC Holdings, LLC
Baldwin Asset Management, LLC
BAM Holdings I, LLC
Barnstead, LLC
Barrington, LLC
BBLN–Agera Corp
BCC Holdings, LLC
BCC Junior Loan–Backed Funding, LLC
BCC Research, LLC
BCC Senior Loan–Backed Funding, LLC
Beckett Auction Holdings, LLC
Beckett Auctions, LLC
Beckett Authentication Services, LLC
Beckett Business Solutions, LLC
Beckett Coin & Rock, LLC
Beckett Collectibles Holdings, LLC
Beckett Collectibles, LLC
Beckett Conferences, LLC
Beckett Media, LLC
Begonia Eight, LLC
Benson, LLC
Berkeley Lake, LLC

Berlin, LLC
BHLN–286 Spring Corp.
BHLN–Agera Corp.
Bisbee, LLC
BKT Loan–Backed Funding, LLC
BKX Holdings, LLC
Black Rose, LLC
BLH Capital, LLC
BLI Holdings, Inc.
Blue Daffodil, LLC
Blue Iris, LLC
Blue Marigold, LLC
Blue Violet, LLC
BMX Holdings, LLC
BOLN–286 Spring Corp.
BOLN–Agera Corp.
Eric D. Bostic
Boston Laser Eye Care Management, LLC
Boston Laser Holdings, LLC
Boston Laser–Eye & Lasik Specialists Holdings, LLC
Bow, LLC
BRC Capital, LLC
BRC Holding, LLC
BRC Holdings, Inc.
Bullhead City, LLC
CAF Holdings, LLC
CAF II Holdings, LLC
CAF III Holdings, LLC
CAF IV Holdings, LLC
CAF V Holdings, LLC
CAM Holdings I, LLC
Camp Verde, LLC
Canaan, LLC
Candescent Eye Health Surgicenter, LLC
Candescent Eye Surgicenter, LLC
Capital Asset Fund I, LLC
Capital Asset Fund II, LLC
Capital Asset Fund III, LLC
Capital Asset Fund IV, LLC
Capital Asset Fund V, LLC
Capital Asset Management II, LLC
Capital Asset Management III, LLC
Capital Lending Partners, Inc.
CapLOC Holdings, LLC
CAPLOC, LLC
Capstone Preneed Funeral and Burial Association
Career Health, LLC
Carnation Three, LLC
Carolina Eye Center, LLC
Carolina Longevity Institute, LLC
Cartersville, LLC
Casar, LLC
Castle & Cooke Mortgage LLC
Cato Holdings, Inc.
Cave Creek, LLC
CBCS Holdings, LLC
CBCS Operations, LLC
CBS Group Holdings, LLC
CBS Group Services, LLC
CC Mortgage Trust
CCM Holdings, LLC
CCM Investments, LLC
CEIC Capital, LLC
CEIC Holdings, Inc.
Celandine Eight, LLC

Century Venture Global, LLC
Century Vision Global, LLC
Certification for Long−Term Care, LLC
Certitrek Group, LLC
CFH Holdings, LLC
Chatsworth Asset Management, LLC
Chrysanthemum Two, LLC
Clanwilliam Group
Claremont, LLC
Claris Vision Holdings, LLC
Claris Vision LLC
Claxton, LLC
Clayton Plaza, LLC
Clayton, LLC
Client Services Holdings, LLC
Client Services, Inc.
Clover Concepts, LLC
CLTC Holdings, LLC
CLTC Junior Loan−Backed Funding, LLC
CLTC Senior Loan−Backed Funding, LLC
CMC Holding Company, LLC
CMC Loan−Backed Funding, LLC
Coach D Tennis, LLC
Cobra, LLC
Coding Institute, LLC
Collection Management Company
Collections Management Holdings, LLC
Columbus, LLC
Compliance Services, LLC
ComplySmart Holdings, LLC
ComplySmart, LLC
Concept Creations Corp.
Conway, LLC
Cowper, LLC
Creative Collectible Company, LLC
Creston, LLC
CRI Holdings, LLC
CSI Interco, LLC
CV Equipment Leasing, LLC
CV Holdings, LLC
CV Investments, LLC
CVE Holdings, LLC
CWNP, LLC
Daffodil Six, LLC
Dahlia Ten, LLC
Daisy Seven, LLC
DAM Holdings I, LLC
Damascus Asset Management, LLC
Damovo USA, Inc.
Danielsville, LLC
Deering, LLC
Delmar Center Holdings, LLC
Delmar Surgical Center, LLC
Dental Management Holdings, LLC
Dental Management Operations, LLC
Derry, LLC
DGX Holdings, LLC
Dream Markets, Inc.
Drummond Group, LLC
DSE Holdings, LLC
Dunbarton, LLC
Dunhill Holdings, LLC
Durham, LLC
EAM Holdings I, LLC
East Hill Holdings, LLC

Eastern Enterprises, LLC
Eatonton, LLC
Edwards Mill Asset Management, LLC
Effingham, LLC
EG Media Holdings, LLC
EG Media Investments, LLC
EGX Holdings, LLC
Eiffel Holdings, LLC
Elberton, LLC
Elevate Healthcare, Inc.
Elevate Portfolio, LLC
Eli Denmark Investments, LLC
Eli Equity, LLC
Eli Germany Holdings, LLC
Eli Global, LLC
Eli New Media, LLC
Eli Publications, Inc.
Eli Research, LLC
Eli Ventures, LLC
Ellaville, LLC
ELP Holdings, LLC
ENG Holdings, LLC
Engaged Media Holdings, LLC
Engaged Media, LLC
Engagement Group, LLC
Englert Holdings, LLC
Enterprises Services, LLC
Entrust Global Group, LLC
ENX, LLC
Ephesus Asset Management, LLC
Epping, LLC
eRADIMAGING, LLC
Erie Properties, LLC
ERX Holdings, LLC
Eye & LASIK Eye Care Management, LLC
Eye & LASIK Holdings, LLC
Eye & LASIK Optical, LLC
Eye Reach Patients, LLC
F1rstmark, LLC
Faison, LLC
Fargo, LLC
Farmington, LLC
Farrington Mill Holdings, LLC
Fayetteville, LLC
FIA Holdings, LLC
Fiasco Fine Wine, LLC
Financial Institute Advisors, LLC
Finanzen Holdings, LLC
First International Financial, Inc.
Firstmark, Inc.
Flagship Holdings, LLC
Flemington, LLC
Flovilla, LLC
Flowery Branch, LLC
FMC Mortgage Corporation
FMX Holdings, LLC
Folkston, LLC
Forest Park Asset Management, LLC
Forsyth, LLC
Fortrex Holdings, LLC
Fortrex Technologies Holdings, LLC
Fortrex, LLC
FPAM Holdings I, LLC
Franconia, LLC
FS Windup, LLC

FTGU Holdings, LLC
FTGU Medical Billing, LLC
Funston, LLC
GAM Holdings I, LLC
GAM Holdings, LLC
Gardenia One, LLC
Garfield, LLC
GB Capital, LLC
GB UK Investments, LLC
GB Venture Fund, LLC
GBC Advisors, LLC
GBC Holdings, LLC
GBI Group, LLC
GBIG Capital, LLC
GBIG Holdings, Inc.
GBVF Holdings, LLC
GC Holdings, LLC
GCC Holdings US, LLC
GCC Holdings, LLC
GCC Interco, LLC
Geranium Two, LLC
GHTG Investment, LLC
Gilford Asset Management, LLC
Gilford, LLC
Gillsville, LLC
GIX Holdings, LLC
Global A&D Holdings, LLC
Global Bankers Insurance Group, LLC
Global Credit & Collection (Indiana) Corporation
Global Credit & Collection Corporation
Global ETC, LLC
Global Growth Holdings, Inc.
Global Growth, LLC
Global Health Technology Group, LLC
Global Mortgage Capital Holdings, LLC
Global Mortgage Capital, Inc.
Global Operations Services, LLC
Global TIC CE, LLC
Global Vision Growth, LLC
Goffstown, LLC
Golden Energy Group, LLC
GoPrime Mortgage, Inc.
Goshen, LLC
GP Management, LLC
Grande LLC
Green Lilac, LLC
Green Solutions, LLC
Greenfield Capital, LLC
Greenville, LLC
GSRE 27, LLC
GSRE 29, LLC
GTIC Holdings, LLC
GTIC&A, LLC
HA Wind Up 1, LLC
HAM Holdings I, LLC
Hampstead, LLC
Hampton Asset Management, LLC
Hansen Aerospace Holdings, LLC
Harvard Collect, LLC
Harvard Collection Services, LLC
Health Audio, LLC
Health Through Information
Healthcare Jobs, LLC
Healthicity, LLC
Healthlink Holdings, LLC

Healthlink Investments, LLC
Hemophilia Preferred Care of Memphis, Inc.
Hemophilia Preferred Care of Mississippi, Inc.
Hemophilia Preferred Care of Oklahoma, Inc.
Henniker, LLC
Christopher E. Herwig
Hibiscus Three, LLC
Holt, LLC
Home Medical Equipment Specialists, LLC
Hooksett, LLC
Hopkinton, LLC
Horizon Holdings I, LLC
HPC Biologicals, Inc.
HPC Specialty Rx of Kansas, Inc.
HPC Specialty Rx Reed, Inc.
HPC Specialty Rx West Virginia, Inc.
HPC, LLC
HPCNC, Inc.
HPCSP Holdings, LLC
HPCSP Investments, LLC
HRWeb Holdings, LLC
HRWeb Software, LLC
Hyacinth Four, LLC
Hybrid Treatment Solutions, LLC
Hydrangea Four, LLC
I SBA–International Society of Business Appraisers, LLC
IBC Management, LLC
ICAM Holdings I, LLC
In the Arena, LLC
Independent Contractor Services, LLC
Independent Contractor, LLC
Inhealthcare, LLC
Inkop, LLC
Iredell, LLC
Iris Four, LLC
Iron City Asset Management, LLC
ISBA–International Society of Business Appraisers, LLC
iTech Funding, LLC
Jackson Asset Management, LLC
Jacksonville, LLC
Jaffrey, LLC
JAM Holdings I, LLC
Jasmine Five, LLC
Kenly, LLC
Kite Asset Management, LLC
KITE Holdings I, LLC
Konnect Net Holdings, LLC
Laconia, LLC
LAM Holdings I, LLC
LAM Holdings, Inc.
Lares Holdings, LLC
Lares, LLC
Lavender Six, LLC
Lens on Demand, LLC
Liberty Holdings LLC
Lilac Six, LLC
Lilly Asset Management, LLC
Lily Two, LLC
Gregrey Evan Lindberg
Littleton, LLC
LMG Holdings, LLC
LMG Management Holdings, LLC
LMG Management, LLC
Londonderry, LLC
Lotus Seven, LLC

Loudon, LLC
Louisburg, LLC
M Investments, LLC
Macon, LLC
Madbury, LLC
Magnolia Eight, LLC
MAM Holdings I, LLC
Marigold Nine, LLC
Market Tech Media Corporation
Mars Cars, LLC
Marshall Asset Management, LLC
Master Procure, LLC
MBW Holdco, LLC
MBW Interco, LLC
McCarthy, Burgess & Wolff, Inc.
Mckinley Ventures Group, LLC
Med Claims International, LLC
MedAttend, LLC
MedClaims Holdings, LLC
Media Product Services, LLC
Medical Physics, LLC
Meredith, LLC
Merrimack, LLC
Metronome Financial, LLC
Metronome Holdings, LLC
Christa M. Miller
Miracard, LLC
MM Holdings I, LLC
MM Holdings, LLC
MM Logistics, LLC
Morning Mountain Holdings, LLC
Morresville, LLC
Mountain West Innovations Inc.
MVE Holding, LLC
NAM Holdings I, Inc.
Nashua, LLC
Nationwide Recovery Holdings, LLC
Nationwide Recovery Systems, Ltd.
NEBB Holdings, LLC
NEBB Institute, LLC
NEC Holdings, LLC
NEI Holdings, LLC
NEI Investments, LLC
NEI Management, LLC
Netherlands Insurance Holdings, Inc.
Netherlands Insurance Holdings, LLC
New England Capital, LLC
New Hill Asset Management, LLC
New Hill, LLC
New Ipswich, LLC
Next Level Purchasing, Inc.
Next Level Purchasing, LLC
NHA Holdings, LLC
NHC Holdings, LLC
Nice Asset Management, Inc.
NIH Capital, LLC
NLC Holdings, LLC
NLC Investments, LLC
NLP Holdings, LLC
NOM GB 2018 I, LLC
Non Sport Update Holdings, LLC
Non Sport Update, LLC
Norlina, LLC
Northeast Insurance Holdings, Inc.
Northeast LMG Holdings, LLC

Northern Air, LLC
Northstar Financial Insurance Services, LLC
Nottingham, LLC
NPC National Physics Consultants, LLC
NS Beaufort Investments, LLC
NS EBR, LLP
NSES 13, LLC
NSES B, Inc.
NSES C, Inc.
NSES D, Inc.
NSES E, Inc.
NSES F, Inc.
NSES Funding 10, LLC
NSES G, Inc.
NSES H, Inc.
NW Eye Care Management, LLC
NW Eye Surgeons Holdings, LLC
NWES Holdings, LLC
OAM Holdings I, Inc.
Oatman Asset Management, Inc.
Ocean Ophthalmology Management Holdings, LLC
Ocean Ophthalmology Management, LLC
OCIM Augusta, LLC
OCIM Baldwin, LLC
OCIM Chatsworth, LLC
OCIM Damascus, LLC
OCIM Ephesus, LLC
OCIM Forest Park, LLC
OCIM Gilford, LLC
OCIM Hampton, LLC
OCIM Iron City, LLC
OCIM Jackson, LLC
OCIM Kite, LLC
OCIM Marshall, LLC
OCIM Paradise, LLC
OCIM Rockdal, LLC
OCIM Summerville, LLC
OCIM Tybee Island, LLC
OGX Holdings, LLC
OMPC, LLC
Online Reputations Manager, LLC
Orange Gardenia, LLC
Orange Petunia, LLC
Orange Poppy, LLC
Orchid Five, LLC
PAM Holdings I, Inc.
PAM Holdings I, LLC
Paradigm Park Holdings, LLC
Paradise Asset Management, LLC
Parallel Capital Assets, LLC
Patent Review Score, Inc.
Patriot Group Holdings, LLC
Pavonia Life Insurance Company of Michigan
PBO Holdings, Inc.
PBX Holdings Ltd
PBX Holdings, LLC
PCF Holdings, LLC
PCF, LLC f/k/a Litigation Funding, LLC
Pelton Group, LLC
Pelton Holdings, LLC
Peony Five, LLC
Periwinkle Seven, LLC
Petunia Ten, LLC
Pharma Database, LLC
Pharma Holdings, LLC

Phenna Holdings, LLC
Pierre Mendes, LLC
Pink Orchid, LLC
Pink Tulip, LLC
Plaistow, LLC
Point of No Return, Inc.
Poppy Nine, LLC
PPF OFF 151 North Franklin Street, LLC
PPH Holdings, LLC
Practice Builders, LLC
Prairie E&L Holdings, LLC
Prairie E&L Management, LLC
Preferred Financial Corporation, LLC
Prime Case Funding, LLC
Prime Mortgage Lending, Inc.
Prime Trust
ProActive Software Holdings, LLC
ProEdTech, LLC
Prolimiate Solutions Holdings, LLC
Prolimiate Solutions, LLC
Prospect Ridge Energy, LLC
QAM Holdings I, Inc.
Queenstown Asset Management, Inc.
R&A Eye Holdings, LLC
R&A Eye Management, LLC
Raymond, LLC
Red Begonia, LLC
Red Dahlia, LLC
Red Daisy, LLC
Red Eagle Enterprises, LLC
Red Jasmine, LLC
Red River Developments, LLC
Research Triangle Clinical Development
Resolute Free Press, LLC
Reynolds & Anliker Holdings, LLC
Rindge, LLC
Rock Holdings I, LLC
Rockdale Asset Management, LLC
Rose Four, LLC
RPI Radiological Physics, LLC
Rumney, LLC
SAF Holdings I, LLC
SAF Holdings II, LLC
SAF Holdings III, LLC
SAF Holdings IV, LLC
SAM Holdings I, LLC
Sandown, LLC
Satori Waters, LLC
SCMA, LLC
Secured Loan−Backed Funding I, LLC
Secured Loan−Backed Funding II, LLC
Secured Loan−Backed Funding III, LLC
Secured Loan−Backed Funding IV, LLC
Secured Loan−Backed Funding IX, LLC
Secured Loan−Backed Funding V, LLC
Secured Loan−Backed Funding VI, LLC
Secured Loan−Backed Funding VII, LLC
Secured Loan−Backed Funding VIII, LLC
Secured Loan−Backed Funding X, LLC
Secured Loan−Backed Funding XI, LLC
Secured Loan−Backed Funding XII, LLC
Secured Loan−Backed Funding XIII, LLC
Secured Loan−Backed Funding XIV, LLC
Secured Loan−Backed Funding XV, LLC
Secured Loan−Backed Funding XVI, LLC

Secured Loan–Backed Funding XVII, LLC
Sedwick, LLC
SFM Loan–Backed Funding, LLC
Shirt, LLC
Shop Loc Holdings, LLC
Shopper Local, LLC
SIC US Holdings, LLC
Skyworld Corporation
SN Group Development, LLC
SNA Capital, LLC
SNA Funding, LLC
SNH Acquisition, LLC
Socrates Healthcare, Inc.
Devin E. Solow
Somersworth, LLC
South Hill Holdings, LLC
Southeast Insurance Capital, LLC
Southern Hobby Distribution, LLC
Southern Hobby Holdings, LLC
SP HoldCo, LLC
Speedy Services, LLC
SSH Capital, LLC
Standard Assets Fund I, LLC
Standard Assets Fund II, LLC
Standard Assets Fund III, LLC
Standard Assets Fund IV, LLC
Standard Insurance Holdings, Inc.
Standard LC Capital, LLC
Standard LC Holdings, LLC
Stoddard, LLC
Stratford HoldCo, LLC
Stratford Pharmaceuticals, LLC
Stratham, LLC
Stunner Productions, LLC
Summerville Asset Management, LLC
SunBiz Resources, LLC
Sunflower Six, LLC
SW Holdings, LLC
Swanzey, LLC
Sweet Consultants, LLC
TAC Holdings, LLC
TAC Home Mortgage, LLC
TAC Investments, LLC
Talaria Global Health, LLC
Talent Acquisition Innovation Holdings, LLC
Talent Acquisition Innovation, LLC
Targeted Metrics, LLC
TCC Junior Loan–Backed Funding, LLC
TCC Senior Loan–Backed Funding, LLC
TCI Loan–Backed Funding, LLC
TechDate Corp.
Tesla Management, Inc.
The American Council on English Language Program Certification, Inc.
The American Council, Inc.
The Corporate Responsibility Board, LLC
THE FINANCIAL ASSOCIATION CORP.
The Home Medical Equipment Trust
The River Source Solution Holdings Company, LLC
The River Source Solutions, LLC
The River Source Treatment Centre–Casa Grande, LLC
TIAM Holdings I, LLC
Tier 1 Lending Holdings, LLC
Tier 1 Lending, LLC
Tornado, LLC
Trans–Continental Credit & Collection Corp

Transcontinental Holdings, LLC
TUX Holdings, LLC
Tybee Island Asset Management, LLC
UAM Holdings I, Inc.
UK Asset Fund Holdings, LLC
UK Atlanta Holdings, LLC
UK Automotive Holdings, LLC
UK Fintech Holdings, LLC
UK Informatica Investments, LLC
UK Intralan Investments, LLC
UK Investment Holdings, LLC
UK Marval Investments, LLC
UKAT Holdings, LLC
Ultimate Advisors, LLC
Understand.com Holding, LLC
Understand.com, LLC
Unit 77, LLC
United Staffing Solutions, LLC
Utopia Asset Management, Inc.
Valdosta, LLC
VAM Holdings I, Inc.
Van Ru Credit Corporation
Van Ru International, Inc.
Ventura Asset Management, Inc.
Violet One, LLC
VIP Hub Services, LLC
Vision Care Alliance, LLC
Vision Care Services Holdings, LLC
Vision Care Services, LLC
Vista Life & Casualty Reinsurance Company
VR Collections, LLC
VR Enterprises, LLC
VRC Holdings, LLC
Waco Asset Management, Inc.
WACO Holdings I, Inc.
WC Holdings, LLC
WCS Resources, LLC
Weare, LLC
Web Courseworks, LLC
Western Bancorp, Inc.
WesternB Holdings, LLC
WesternB Investments, LLC
Whitaker Mill, LLC
White Lily, LLC
Williamson, LLC
Winn Over Enterprises, LLC
Wolfeboro, LLC
WPP Capital, LLC
WPSC HoldCo, LLC
WPSC Investments, LLC
WW Staffing, LLC
WWS Holdings, LLC
WYO Tech Investments LLC
Yaras Group, LLC
Yarrow Three, LLC
Yellow Carnation, LLC
Yellow Lotus, LLC
Yellow Magnolia, LLC
Yellow Sunflower, LLC
ZAM Holdings I, Inc.
ZapIT Medical Physics, LLC
Zen Services, Inc.
Zion Asset Management, Inc.
2B4A Srl
A.C.J Computer Services Limited

AAPC India, LLP
AFFGLO Holdings, Inc.
Agence de Recouvrement Global, Inc.
AGT Media Ltd.
American Academy Holdings Ltd.
Analytical Medical Insight Limited
ARCANE TINMEN ApS t/a AT Private Labels APS
Assistive Partner Investments Limited
AT Denmark Investments ApS
Atlanta BidCo Limited
Atlanta MidCo Limited
Atlanta TopCo Limited
Automotive Fleet Investments Limited
AYC Holdings Limited
AYC Holdings, Ltd.
Bankers Insurance Holdings S.A.
Bankers Reinsurance Company Ltd.
Beaufort Holdings, S.A.
Bidworld Private Limited
Blue Skies Addiction Centre Ltd.
Bluespier International Limited
BMX Bermuda Holdings, Ltd.
BRCB (Barbados) Capital, Ltd.
BRCB (Barbados) Holdings, Ltd.
British Orient Infotel Private Limited
Candor Global Services, LLC
Care Referrals Limited
CBV Collection Services Ltd.
CBV Collections Limited
Claimsure Slainte (Ireland) Limited
Clanwilliam Australia Investments PTY Limited
Clanwilliam Headquarters Limited
Clanwilliam Health (DGL) Limited
Clanwilliam Health (RX Web) Limited
Clanwilliam Health (Socrates) Limited
Clanwilliam Health Limited
Clanwilliam Investments (UK) Limited
Clanwilliam Investments Ireland Limited
Clanwilliam NZ Limited
Clanwilliam Software Limited
Clanwilliam Ventures Limited
Client Services CSICR, SRL
aka Client Services CSICR SR LTDA
Compliance Services Ltd.
Connect2 CME Limited
aka Alchemie Medical Education Limited
Connect2 Medical Communications Limited
Conservatrix Leven, NV
Damoco Bidco Limited (UK)
Damoco Holdco Limited (UK)
Damoco Midco Limited (UK)
Damova Polska sp. Zo.o
Damovo Belgium NV/SA
Damovo Costa Rica SRL
Damovo Deutschland GmbH & Co. KG
Damovo Deutschland TopCo GmbH
Damovo Deutschland Verwaltungs GmbH
Damovo Global Services (UK) Limited
Damovo Holdings Deutschland GmbH
Damovo Ireland Limited
Damovo Ltd (Atlanta TopCo Limited)
Damovo Luxembourg S.a.r.l.
Damovo Osterreich GmbH
Damovo Schweiz AG
Damovo Sverige.AB

Demand Side Media, Ltd.
Dictate IT Limited
DTH Holdings, Ltd
Dunstans Publishing Limited
ECLL Private Ltd
Elements Communications Limited
Eli Arrevio Limited
aka Global Growth Arrevio Private Limited
Eli BPO India Private Ltd
Eli Business Solutions Private Ltd
Eli Deutschland GmbH
Eli Global Asia Pacific Limited
Eli Global Philippines Resources Operations Center, Inc.
Eli Health Solutions Pvt. Ltd.
Eli Knowledge Services (India) Private Limited
Eli Research India Private Limited
Eli Revenue Cycle Solutions Private Limited
Eli Shared Services Private Limited
ELT Groupe
Epic Care Home Technologies Limited
Epic Solutions Limited
Fafnir Distribution ApS
K2B Sarl
Fleet Assist Interco Limited
Fleet Assist Limited
Foxford Investments Limited
Futuresource Consulting Limited
Futuresource Holdings Limited
GamesPro Global Group ApS
GB Life Luxembourg S.A.
GBIG Business Solutions Private Limited
GBIG Portugal, S.A.
Global Credit and Collections, Inc.
Global Data Insights Limited
GMK Pepper Holdings Limited
Health Ireland Partners Limited
HealthLink Group Investments Limited
HealthLink Group Limited
HealthLink Group PTY Limited
HealthLink Research Limited
Helix Health Group Limited
Helix Health Software Limited
HH Spiral Holdings Limited
IFA Systems AG
Informatica Investments Limited
Informatica Systems Limited
Intralan (UK) Limited
Intralan Group Limited
Intralan Investments Limited
Intralan Telecom Limited
K2B Sarl
Konnect Net Investments Limited
Konnect Net Limited
Liberty House Clinic Limited
Limitless Research, Inc.
Marval Group Limited
Marval Investments Limited
Marval Software Limited
Marval Training and Consultancy Limited
Marvel Investments Limited
Maxwell Stanley Consulting Investments Limited
Maxwell Stanley Consulting Limited
aka One Step Ahead Consultancy Ltd.
MBS Investments PTY. LTD.
aka Clanwilliam Australia PTY Limited

Medical Business Systems PTY Ltd.
Medicom Medical Computer Solutions Limited
Netfarmers GmbH
NN Life Luxembourg S.A.
Notochord Limited
NSX Wilmington Limited
Obsidian Healthcare Group Limited
P A S Holding Limited
P Windup1 Limited
P Windup2 Limited
PB Investment Company Ltd.
PBX Bermuda Holdings, Ltd.
PharmaSys Investments Limited
PharmaSys Limited
PMMS Investments Limited
ProActive Software Limited
Professional Medical Management Services Limited
Pulse IT Communications PTY Ltd.
Recovery Web Solutions Limited
Sanctuary Banbury Limited
Sirius Capital Holdings Limited
SN Malta Services Limited
Standard Advisory Services Limited
Standard Financial Limited
Standard Holdings Limited
Standard Investment Capital, Ltd.
Standard Investment Holdings Ltd.
Standard Life Holdings Limited
Standard Life Limited
Standard Malta Holdings Limited
Standard Malta Limited
Standard Pacific Investments PTY LTD
The Online Rehab Limited
The Recovery House Limited
Toniq Limited
Transglobal UK Limited
Treatment Direct Limited
Trier Holding B.V.
Triton Financial Limited
TV Fanfare Canada Ltd / TV Fanfare Canada Ltee
UK Addiction Treatment Group Limited
UK Addiction Treatment Limited
UKAT Interco Limited
UKAT Investments Limited
Unify Communications N.V.
Voice & Data Network AG
Wilmington Holdings Limited
Wsam Holdings Limited
William Street Asset Management Limited
Strategic Consolidated Income Fund LLC
Steida Holdings, Inc.
Healthcare Cloud Services, LLC
Axar Capital Management LP

                                        Defendant(s)

**ENTRY OF DEFAULT**

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | 286 Spring PH Holdings Corp. |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 8/5/24

Vito Genna

*Clerk of the Court*

By: /s/  Mary Lopez

*Deputy Clerk*