UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and EDWARD WILLMOTT, as Joint Official Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., and as Joint Provisional Liquidators on behalf of NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD. and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 23-01000 (LGB) |

**EIGHTH STIPULATION AND ORDER
EXTENDING TIME TO RESPOND TO THE RESTATED AMENDED COMPLAINT
BETWEEN PLAINTIFFS & DEFENDANT ERIC D. BOSTIC**

**WHEREAS,** John Johnston and Edward Willmott of Deloitte Financial Advisory Ltd. ("JOLs/JPLs"), in their capacity as the Joint Official Liquidators and authorized foreign representatives for PB Life and Annuity Co., Ltd. (in liquidation), and the Joint Provisional Liquidators and authorized foreign representatives for Northstar Financial Services (Bermuda)

1

Ltd. (in liquidation), Omnia Ltd. (in liquidation), and PB Investment Holdings Ltd. (in liquidation) (collectively, the "Debtors," and with the JOLs/JPLs, the "Plaintiffs"), are the Plaintiffs in the instant Adversary Proceeding commenced on January 4, 2023 [ECF No. 1];

**WHEREAS,** an Amended Complaint was filed on September 27, 2023 [ECF No. 129];

**WHEREAS**, on October 30, 2023, defendant Eric D. Bostic ("Bostic") filed his Consent to Stipulated Schedule [ECF No. 163], whereby the time within which Bostic may answer, move, or otherwise respond to the Amended Complaint was December 15, 2023;

**WHEREAS**, on December 13, 2023, Plaintiffs and Bostic filed a *Stipulation and Order Extending Time to Respond to the Amended Complaint Between Plaintiffs & Defendant Eric D. Bostic* [ECF No. 198] (the "First Stipulation");

**WHEREAS**, on December 14, 2023, the Court so-Ordered the First Stipulation [ECF No. 202], whereby the time within which Bostic may answer, move, or otherwise respond to the Amended Complaint was extended to January 16, 2024;

**WHEREAS**, on January 5, 2024, Plaintiffs and Bostic filed a *Second Stipulation and Order Extending Time to Respond to the Amended Complaint Between Plaintiffs & Defendant Eric D. Bostic* [ECF No. 224] (the "Second Stipulation");

**WHEREAS**, on January 9, 2024, the Court so-Ordered the Second Stipulation [ECF No. 225], whereby the time within which Bostic may answer, move, or otherwise respond to the Amended Complaint was extended to February 15, 2024;

**WHEREAS**, a Restated Amended Complaint was filed on February 14, 2024 [ECF No. 257];

**WHEREAS**, on February 15, 2024, Plaintiffs and Bostic filed an *Amended Third Stipulation and Order Extending Time to Respond to the Amended Complaint Between Plaintiffs & Defendant Eric D. Bostic* [ECF No. 265] (the "Third Stipulation");

**WHEREAS**, on February 16, 2024, the Court so-Ordered the Third Stipulation [ECF No. 268], whereby the time within which Bostic may answer, move, or otherwise respond to the Amended Complaint was extended to March 18, 2024;

**WHEREAS**, on March 18, 2024, Plaintiffs and Bostic filed a *Fourth Stipulation and Order Extending Time to Respond to the Restated Amended Complaint Between Plaintiffs & Defendant Eric D. Bostic* [ECF No. 292] (the "Fourth Stipulation");

**WHEREAS**, on March 18, 2024, the Court so-Ordered the Fourth Stipulation [ECF No. 293], whereby the time within which Bostic may answer, move, or otherwise respond to the Amended Complaint was extended to April 9, 2024;

**WHEREAS**, on April 5, 2024, Plaintiffs and Bostic filed a *Fifth Stipulation and Order Extending Time to Respond to the Restated Amended Complaint Between Plaintiffs & Defendant Eric D. Bostic* [ECF No. 300] (the "Fifth Stipulation");

**WHEREAS**, on April 5, 2024, the Court so-Ordered the Fifth Stipulation [ECF No. 305], whereby the time within which Bostic may answer, move, or otherwise respond to the Amended Complaint was extended to April 26, 2024;

**WHEREAS**, on April 17, 2024, the Court entered the *Third Amended Scheduling Order for Motions to Dismiss* [ECF No. 311] adjourning the May 21, 2024 hearing concerning the presently-pending motions to dismiss the Amended Complaint to September 24, 2024;

**WHEREAS**, on April 26, 2024, Plaintiffs and Bostic filed a *Sixth Stipulation and Order Extending Time to Respond to the Restated Amended Complaint Between Plaintiffs & Defendant Eric D. Bostic* [ECF No. 315] (the "Sixth Stipulation");

**WHEREAS**, on April 26, 2024, the Court so-Ordered the Sixth Stipulation [ECF No. 319], whereby the time within which Bostic may answer, move, or otherwise respond to the Amended Complaint was extended to June 25, 2024;

**WHEREAS**, on June 24, 2024, Plaintiffs and Bostic filed a *Seventh Stipulation and Order Extending Time to Respond to the Restated Amended Complaint Between Plaintiffs & Defendant Eric D. Bostic* [ECF No. 328] (the "Seventh Stipulation");

**WHEREAS**, on June 26, 2024, the Court so-Ordered the Seventh Stipulation [ECF No. 329], whereby the time within which Bostic may answer, move, or otherwise respond to the Amended Complaint was extended to August 9, 2024;

**IT IS HEREBY STIPULATED AND ORDERED, AS FOLLOWS:**

1. The time within which Bostic may file and serve an answer, motion, or otherwise respond to the Restated Amended Complaint is hereby extended from August 9, 2024 through and including **August 30, 2024** (the "Response Deadline").

2. If Bostic answers, moves, or otherwise responds on or before the Response Deadline, Plaintiffs have until **September 11, 2024** to file and serve all responses authorized by the applicable rules.

3. Bostic has until **September 16, 2024** to file and serve a reply, answer, or other paper authorized in response to Plaintiffs' filing made in response to the preceding paragraph. If Plaintiffs file and serve a motion as allowed by paragraph 2, Bostic and Plaintiffs may seek a briefing schedule from the Court.

4

4. This Stipulation is without prejudice to a party's right to seek future scheduling Orders or extensions of any deadlines with supporting unanticipated good cause shown, and a party's right to oppose.

5. This Stipulation may be executed in counterparts, each of which when executed and delivered to another party shall be deemed an original. The counterparts evidencing full execution by the parties shall constitute one instrument. Delivery of an executed counterpart by electronic transmission shall be as effective as delivery of any original executed counterpart.

Dated: August 8, 2024

| **STEVENS & LEE, P.C.** | **Eric D. Bostic (*pro se*)** |
|---|---|
| By: */s/ Nicholas F. Kajon* <br> Nicholas F. Kajon <br> Constantine D. Pourakis <br> Wade. D. Koenecke (*pro hac vice*) <br> 485 Madison Avenue, 20th Floor <br> New York, NY 10022 <br> Telephone: 212-319-8500 <br> Facsimile: 212-319-8505 <br> nicholas.kajon@stevenslee.com <br> constantine.pourakis@stevenslee.com <br> wade.koenecke@stevenslee.com <br> *Counsel for Plaintiffs* | */s/ Eric. D. Bostic* <br> Eric D. Bostic <br> 1221 Hadley Park Ln <br> Matthews, NC 28104 |

Dated: August 9, 2024                                                    **SO ORDERED**

*/s/ Lisa G. Beckerman*

THE HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE