**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>PB LIFE AND ANNUITY CO., LTD., *et al.*,[1]<br>  Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and EDWARD WILLMOTT, as Joint Official Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., and Joint Provisional Liquidators on behalf of NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD., and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>  Plaintiffs,<br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al*.<br><br>  Defendants. | Adv. Proc. No. 23-01000 (LGB) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT SUBSIDIARIES OF DIVERSIFIED TERRA HOLDINGS, LTD.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Plaintiffs John Johnston and Edward Willmott of Deloitte Financial Advisory Ltd., Bermuda, as Joint Official Liquidators on behalf of PB Life and Annuity Co., Ltd. (in liquidation), and as Joint Provisional Liquidators on behalf of Northstar Financial Services (Bermuda) Ltd. (in liquidation), Omnia Ltd. (in liquidation), and PB Investment Holdings Ltd. (in liquidation) (the

---

[1] PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd. and PB Investment Holdings Ltd., foreign Debtors, are Bermuda limited companies which each have a registered address in Bermuda c/o Deloitte Financial Advisory Ltd. Bermuda, Corner House, 20 Parliament Street, Hamilton HM 12, Bermuda, and are jointly administered for procedural purposes, by Order entered on April 2, 2021.

1

SL1 2237277v1 114825.00001

"JPLs"), and PB Life and Annuity Co., Ltd., Northstar Financial Services (Bermuda) Ltd., Omnia Ltd., and PB Investment Holdings Ltd., (collectively, the "Debtors," and together with the JPLs, the "Plaintiffs") hereby dismiss the above captioned action, without prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41, made applicable to this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041, as against the following Defendants: (a) **NS EBR, LLP**; (b) **NSES 13, LLC**; (c) **NSES B, Inc.**; (d) **NSES C, Inc.**; (e) **NSES D, Inc.**; (f) **NSES E, Inc.**; (g) **NSES F, Inc.**; (h) **NSES G, Inc.**; (i) **NSES H, Inc.**; (j) **NSES Funding 10, LLC**; (k) **GSRE 27, LLC**; and (l) **GSRE 29, LLC**. Nothing contained herein shall have any effect on Plaintiffs' claims against any other Defendant herein or any other party.

Dated: August 21, 2024
       New York, New York

**STEVENS & LEE, P.C.**

By: */s/ Constantine D. Pourakis*
Nicholas F. Kajon
Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, New York 10022
nicholas.kajon@stevenslee.com
constantine.pourakis@stevenslee.com

*Attorneys for Plaintiffs*