**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,<br><br>　　Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LBG)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and RACHELLE FRISBY, as Joint Provisional Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD. and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>　　Plaintiffs,<br><br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al.*,<br><br>　　Defendants. | Adv. Proc. No. 23-01000 (LBG)<br><br><br><br>**EXHIBIT 1** |

1. GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG
2. 5 STAR TECHNICAL SERVICES, LLC
3. AAH LOAN-BACKED FUNDING, LLC
4. AAM HOLDINGS I, LLC
5. AAM HOLDINGS, LLC
6. AAPC INVESTMENTS, LLC
7. AAPC, LLC
8. ACADEMY FINANCIAL ASSETS, LLC
9. ACADEMY FINANCIAL HOLDINGS, LLC
10. ACQUIRED DEVELOPMENT, LLC
11. ADVANCED BENEFIT CONNECTIONS LLC

12. ADVANTAGE CAPITAL INVESTMENTS LLC
13. ADVISORY CONSULTANTS, LLC
14. AFP, LLC
15. AGH PARENT, LLC
16. AGX HOLDINGS, LLC
17. AHOSKIE, LLC
18. ALCOHOL & DATA HOLDINGS, LLC
19. ALLIANCE MEDIA GROUP LLC
20. ALPHARETTA, LLC
21. ALPINE CAPITAL, LLC
22. ALSTEAD, LLC
23. AMERICA FREE PRESS, LLC
24. AMERICAN HEALTHCARE ALLIANCE LIMITED
25. AMERICAN YACHT CHARTERS, LLC
26. AMHERST, LLC
27. ANACONDA, LLC
28. ANDOVER ASSET MANAGEMENT, LLC
29. APAC HOLDCO, LLC
30. APACHE JUNCTION, LLC
31. APEX INTERNATIONAL, LLC
32. APIO LOCAL, LLC
33. APP THIS, INC
34. AQUA BLUE HOLDINGS, LLC
35. ARREVIO HOLDINGS, LLC
36. ARREVIO, LLC
37. ASCENDENT D4K HOLDINGS, LLC
38. ASCENDENT DENTAL GROUP (FIELET & LEE), P.C.
39. ASCENDENT DENTAL MANAGEMENT D4K, LLC
40. ASHEBORO, LLC
41. ASIM, LLC
42. ASL HOLDINGS, LLC
43. ASL NEW HOLDINGS, LLC
44. ASSET MANAGEMENT, INC.
45. ASSISTIVE PARTNER INVESTMENTS LIMITED
46. ATHENS, LLC
47. ATKINSON, LLC
48. ATLAS GROUP, LLC
49. AUDIOEDUCATOR, LLC
50. AUDIOSOLUTIONZ, LLC
51. AUGUSTA ASSET MANAGEMENT, LLC
52. AUGUSTA, LLC
53. AUTONOMY HEALTHCARE MANAGEMENT, LLC
54. AUTONOMY HOLDINGS, LLC

55. AUTONOMY INVESTMENTS, LLC
56. AYC CREW, LLC
57. BALDWIN ASSET MANAGEMENT, LLC
58. BAM HOLDINGS I, LLC
59. BANKERS REINSURANCE COMPANY LTD.
60. BARNSTEAD, LLC
61. BARRINGTON, LLC
62. BBLN-AGERA CORP
63. BCC HOLDINGS, LLC
64. BCC JUNIOR LOAN-BACKED FUNDING, LLC F/K/A BCC JUNIOR LOAN BACK SECURITY FUNDING, LLC
65. BCC RESEARCH, LLC F/K/A BANKERS MINUTE, LLC
66. BCC SENIOR LOAN-BACKED FUNDING, LLC F/K/A BCC SENIOR LOAN BACK SECURITY FUNDING, LLC
67. BEAUFORT HOLDING, S.A.
68. BECKETT MEDIA, LLC
69. BEGONIA EIGHT, LLC
70. BENSON, LLC
71. BERKELEY LAKE, LLC
72. BERLIN, LLC
73. BHLN-286 SPRING CORP.
74. BHLN-AGERA CORP.
75. BIDWORLD PRIVATE LIMITED
76. BISBEE, LLC
77. BKT LOAN-BACKED FUNDING, LLC F/K/A BKT LOAN BACK SECURITY FUNDING, LLC
78. BLACK ROSE, LLC
79. BLH CAPITAL, LLC
80. BLI HOLDINGS, INC.
81. BLUE DAFFODIL, LLC
82. BLUE IRIS, LLC
83. BLUE MARIGOLD, LLC
84. BLUE VIOLET, LLC
85. BMX BERMUDA HOLDINGS, LTD.
86. BMX HOLDINGS, LLC
87. BOW, LLC
88. BRC CAPITAL, LLC
89. BRC HOLDINGS, INC.
90. BRCB (BARBADOS) CAPITAL, LTD.
91. BRCB (BARBADOS) HOLDINGS, LTD.
92. BULLHEAD CITY, LLC
93. CAF II HOLDINGS, LLC
94. CAF III HOLDINGS, LLC

95. CAF IV HOLDINGS, LLC
96. CAF V HOLDINGS, LLC
97. CAM HOLDINGS I, LLC
98. CAMP VERDE, LLC
99. CANAAN, LLC
100. CANDOR GLOBAL SERVICES, LLC
101. CAPITAL ASSET FUND I, LLC
102. CAPITAL ASSET FUND II, LLC
103. CAPITAL ASSET FUND III, LLC
104. CAPITAL ASSET FUND IV, LLC
105. CAPITAL ASSET FUND V, LLC
106. CAPITAL ASSET MANAGEMENT II, LLC
107. CAPITAL ASSET MANAGEMENT III, LLC
108. CAPITAL LENDING PARTNERS, INC.
109. CAPLOC HOLDINGS, LLC
110. CAPLOC, LLC
111. CAREER HEALTH, LLC
112. CARNATION THREE, LLC
113. CAROLINA EYE CENTER, LLC N/K/A CAROLINA EYE CENTER, P.A.
114. CAROLINA LONGEVITY INSTITUTE, LLC N/K/A THE DAILY NEWS CORPORATION, LLC
115. CARTERSVILLE, LLC
116. CASAR, LLC
117. CASTLE & COOKE MORTGAGE LLC
118. CATO HOLDINGS, INC.
119. CAVE CREEK, LLC
120. CBCS HOLDINGS, LLC
121. CBS GROUP HOLDINGS, LLC
122. CBS GROUP SERVICES, LLC
123. CBV COLLECTION SERVICES LTD.
124. CC MORTGAGE TRUST
125. CCM HOLDINGS, LLC
126. CCM INVESTMENTS, LLC
127. CEIC CAPITAL, LLC
128. CEIC HOLDINGS, INC.
129. CELANDINE EIGHT, LLC
130. CENTURY VENTURE GLOBAL, LLC
131. CFH HOLDINGS, LLC
132. CHATSWORTH ASSET MANAGEMENT, LLC
133. CHRYSANTHEMUM TWO, LLC
134. CLAREMONT, LLC
135. CLAXTON, LLC
136. CLAYTON, LLC

137. CLOVER CONCEPTS, LLC
138. CLTC JUNIOR LOAN-BACKED FUNDING, LLC F/K/A CLTC JUNIOR LOAN BACK SECURITY FUNDING, LLC
139. CLTC SENIOR LOAN-BACKED FUNDING, LLC F/K/A CLTC SENIOR LOAN BACK SECURITY FUNDING, LLC
140. CMC LOAN-BACKED FUNDING, LLC F/K/A CMC LOAN BACK SECURITY FUNDING, LLC
141. COBRA, LLC
142. COLUMBUS, LLC
143. COMPLIANCE SERVICES LTD.
144. COMPLIANCE SERVICES, LLC
145. CONCEPT CREATIONS CORP.
146. CONWAY, LLC
147. COWPER, LLC
148. CRESTON, LLC
149. CRI HOLDINGS, LLC
150. CV EQUIPMENT LEASING, LLC
151. CVE HOLDINGS, LLC
152. DAFFODIL SIX, LLC
153. DAHLIA TEN, LLC
154. DAISY SEVEN, LLC
155. DAM HOLDINGS I, LLC
156. DAMASCUS ASSET MANAGEMENT, LLC
157. DANIELSVILLE, LLC
158. DEERING, LLC
159. DENTAL MANAGEMENT HOLDINGS, LLC
160. DENTAL MANAGEMENT OPERATIONS, LLC
161. DERRY, LLC
162. DREAM MARKETS, INC.
163. DSE HOLDINGS, LLC
164. DUNBARTON, LLC
165. DUNHILL HOLDINGS, LLC
166. DURHAM, LLC
167. EAM HOLDINGS I, LLC
168. EAST HILL HOLDINGS, LLC
169. EASTERN ENTERPRISES, LLC
170. EATONTON, LLC
171. ECLL PRIVATE LTD
172. EFFINGHAM, LLC
173. EG MEDIA INVESTMENTS, LLC
174. EGX HOLDINGS, LLC
175. EIFFEL HOLDINGS, LLC
176. ELBERTON, LLC

| | |
|---|---|
| 177. | ELEVATE HEALTHCARE, INC. |
| 178. | ELEVATE PORTFOLIO, LLC |
| 179. | ELI BPO INDIA PRIVATE LTD |
| 180. | ELI BUSINESS SOLUTIONS PRIVATE LTD |
| 181. | ELI DENMARK INVESTMENTS, LLC |
| 182. | ELI DEUTSCHLAND GMBH |
| 183. | ELI EQUITY, LLC |
| 184. | ELI GERMANY HOLDINGS, LLC |
| 185. | ELI GLOBAL ASIA PACIFIC LIMITED |
| 186. | ELI GLOBAL PHILIPPINES RESOURCES OPERATIONS CENTER, INC. |
| 187. | ELI GLOBAL, LLC |
| 188. | ELI HEALTH SOLUTIONS PVT. LTD. |
| 189. | ELI KNOWLEDGE SERVICES (INDIA) PRIVATE LIMITED |
| 190. | ELI NEW MEDIA, LLC |
| 191. | ELI PUBLICATIONS, INC. |
| 192. | ELI RESEARCH INDIA PRIVATE LIMITED |
| 193. | ELI RESEARCH, LLC |
| 194. | ELI REVENUE CYCLE SOLUTIONS PRIVATE LIMITED |
| 195. | ELI SHARED SERVICES PRIVATE LIMITED |
| 196. | ELI VENTURES, LLC |
| 197. | ELLAVILLE, LLC |
| 198. | ELT GROUPE |
| 199. | ENG HOLDINGS, LLC |
| 200. | ENGAGEMENT GROUP, LLC |
| 201. | ENGLERT HOLDINGS, LLC |
| 202. | ENTERPRISES SERVICES, LLC |
| 203. | ENTRUST GLOBAL GROUP, LLC |
| 204. | ENX, LLC |
| 205. | EPHESUS ASSET MANAGEMENT, LLC |
| 206. | EPPING, LLC |
| 207. | ERX HOLDINGS, LLC |
| 208. | EYE REACH PATIENTS, LLC |
| 209. | F1RSTMARK, LLC |
| 210. | FAISON, LLC |
| 211. | FARGO, LLC |
| 212. | FARMINGTON, LLC |
| 213. | FARRINGTON MILL HOLDINGS, LLC |
| 214. | FAYETTEVILLE, LLC |
| 215. | FINANZEN HOLDINGS, LLC |
| 216. | FIRST INTERNATIONAL FINANCIAL, INC. |
| 217. | FLAGSHIP HOLDINGS, LLC |
| 218. | FLEMINGTON, LLC |
| 219. | FLOVILLA, LLC |

220. FLOWERY BRANCH, LLC
221. FMX HOLDINGS, LLC
222. FOLKSTON, LLC
223. FOREST PARK ASSET MANAGEMENT, LLC
224. FORSYTH, LLC
225. FORTREX TECHNOLOGIES HOLDINGS, LLC
226. FOXFORD INVESTMENTS LIMITED
227. FPAM HOLDINGS I, LLC
228. FRANCONIA, LLC
229. FS WINDUP, LLC
230. FTGU HOLDINGS, LLC
231. FTGU MEDICAL BILLING, LLC
232. FUNSTON, LLC
233. FUTURESOURCE CONSULTING LIMITED
234. FUTURESOURCE HOLDINGS LIMITED
235. GAM HOLDINGS I, LLC
236. GAM HOLDINGS, LLC
237. GARDENIA ONE, LLC
238. GARFIELD, LLC,
239. GB CAPITAL, LLC
240. GB LIFE LUXEMBOURG S.A.
241. GB UK INVESTMENTS, LLC
242. GB VENTURE FUND, LLC
243. GBC ADVISORS, LLC
244. GBC HOLDINGS, LLC
245. GBI GROUP, LLC
246. GBIG BUSINESS SOLUTIONS PRIVATE LIMITED
247. GBIG CAPITAL, LLC
248. GBIG HOLDINGS, LLC (AKA GBIG HOLDINGS & REINSURANCE COMPANY INC.)
249. GBIG PORTUGAL, S.A.
250. GBVF HOLDINGS, LLC
251. GC HOLDINGS, LLC
252. GCC HOLDINGS, LLC
253. GERANIUM TWO, LLC
254. GHTG INVESTMENT, LLC
255. GILFORD ASSET MANAGEMENT, LLC
256. GILFORD, LLC
257. GILLSVILLE, LLC
258. GIX HOLDINGS, LLC
259. GLOBAL A&D HOLDINGS, LLC
260. GLOBAL DATA INSIGHTS LIMITED
261. GLOBAL ETC, LLC

262. GLOBAL GROWTH, LLC
263. GLOBAL GROWTH HOLDINGS, INC. F/K/A ACADEMY ASSOCIATION, INC.
264. GLOBAL HEALTH TECHNOLOGY GROUP, LLC
265. GLOBAL MORTGAGE CAPITAL HOLDINGS, LLC
266. GLOBAL MORTGAGE CAPITAL, INC.
267. GLOBAL OPERATIONS SERVICES, LLC
268. GOFFSTOWN, LLC
269. GOLDEN ENERGY GROUP, LLC
270. GOSHEN, LLC
271. GP MANAGEMENT, LLC
272. GRANDE LLC
273. GREEN LILAC, LLC
274. GREENFIELD CAPITAL, LLC
275. GREENVILLE, LLC
276. GTIC HOLDINGS, LLC
277. GTIC&A, LLC
278. HA WIND UP 1, LLC F/K/A HANSEN AEROSPACE HOLDINGS, LLC
279. HAM HOLDINGS I, LLC
280. HAMPSTEAD, LLC
281. HAMPTON ASSET MANAGEMENT, LLC
282. HANSEN AEROSPACE HOLDINGS, LLC N/K/A HA WINDUP 1, LLC
283. HEALTH AUDIO, LLC
284. HEALTH THROUGH INFORMATION
285. HEALTHCARE JOBS, LLC
286. HEALTHLINK HOLDINGS, LLC
287. HEALTHLINK INVESTMENTS, LLC
288. HENNIKER, LLC
289. HIBISCUS THREE, LLC
290. HOLT, LLC
291. HOOKSETT, LLC
292. HOPKINTON, LLC
293. HORIZON HOLDINGS I, LLC
294. HRWEB HOLDINGS, LLC
295. HRWEB SOFTWARE, LLC
296. HYACINTH FOUR, LLC
297. HYDRANGEA FOUR, LLC
298. IBC MANAGEMENT, LLC
299. ICAM HOLDINGS I, LLC
300. IN THE ARENA, LLC
301. INDEPENDENT CONTRACTOR SERVICES, LLC
302. INFORMATICA INVESTMENTS LIMITED
303. INHEALTHCARE, LLC

304. INKOP, LLC
305. IREDELL, LLC
306. IRIS FOUR, LLC
307. IRON CITY ASSET MANAGEMENT, LLC
308. ISBA-INTERNATIONAL SOCIETY OF BUSINESS APPRAISERS, LLC
309. ITECH FUNDING, LLC
310. JACKSON ASSET MANAGEMENT, LLC
311. JACKSONVILLE, LLC
312. JAFFREY, LLC
313. JAM HOLDINGS I, LLC
314. JASMINE FIVE, LLC
315. KENLY, LLC
316. KITE ASSET MANAGEMENT, LLC
317. KITE HOLDINGS I, LLC
318. KONNECT NET HOLDINGS, LLC
319. KONNECT NET INVESTMENTS LIMITED
320. LACONIA, LLC
321. LAM HOLDINGS I, LLC
322. LAM HOLDINGS, INC.
323. LAVENDER SIX, LLC
324. LENS ON DEMAND, LLC
325. LIBERTY HOLDINGS LLC
326. LILAC SIX, LLC
327. LILLY ASSET MANAGEMENT, LLC
328. LILY TWO, LLC
329. LITTLETON, LLC
330. LONDONDERRY, LLC
331. LOTUS SEVEN, LLC
332. LOUDON, LLC
333. LOUISBURG, LLC
334. MACON, LLC
335. MADBURY, LLC
336. MAGNOLIA EIGHT, LLC
337. MAM HOLDINGS I, LLC
338. MARIGOLD NINE, LLC
339. MARKET TECH MEDIA CORPORATION
340. MARS CARS, LLC
341. MARSHALL ASSET MANAGEMENT, LLC
342. MARVAL TRAINING AND CONSULTANCY LIMITED
343. MARVEL INVESTMENTS LIMITED
344. MASTER PROCURE, LLC
345. MCKINLEY VENTURES GROUP, LLC
346. MED CLAIMS INTERNATIONAL, LLC

347. MEDATTEND, LLC N/K/A USA MASK COMPANY, LLC
348. MEDCLAIMS HOLDINGS, LLC
349. MEDICOM MEDICAL COMPUTER SOLUTIONS LIMITED
350. MEREDITH, LLC
351. MERRIMACK, LLC
352. METRONOME FINANCIAL, LLC
353. METRONOME HOLDINGS, LLC
354. MIRACARD, LLC
355. MOUNTAIN WEST INNOVATIONS INC.
356. MVE HOLDING, LLC N/K/A MNI HOLDINGS, LLC
357. NAM HOLDINGS I, INC.
358. NASHUA, LLC
359. NEC HOLDINGS, LLC
360. NEI HOLDINGS, LLC
361. NEI INVESTMENTS, LLC
362. NEI MANAGEMENT, LLC
363. NETHERLANDS INSURANCE HOLDINGS, INC.
364. NETHERLANDS INSURANCE HOLDINGS, LLC
365. NEW ENGLAND CAPITAL, LLC
366. NEW HILL ASSET MANAGEMENT, LLC
367. NEW HILL, LLC
368. NEW IPSWICH, LLC
369. NEXT LEVEL PURCHASING, INC.
370. NEXT LEVEL PURCHASING, LLC
371. NHA HOLDINGS, LLC
372. NHC HOLDINGS, LLC
373. NICE ASSET MANAGEMENT, INC.
374. NIH CAPITAL, LLC
375. NLC HOLDINGS, LLC
376. NLC INVESTMENTS, LLC
377. NLP HOLDINGS, LLC
378. NORLINA, LLC F/K/A HIGHLIGHT, LLC
379. NORTHEAST INSURANCE HOLDINGS, INC.
380. NORTHERN AIR, LLC
381. NOTTINGHAM, LLC
382. NPC NATIONAL PHYSICS CONSULTANTS, LLC
383. NSX WILMINGTON LIMITED
384. OAM HOLDINGS I, INC.
385. OATMAN ASSET MANAGEMENT, INC.
386. OCEAN OPHTHALMOLOGY MANAGEMENT HOLDINGS, LLC
387. OCEAN OPHTHALMOLOGY MANAGEMENT, LLC
388. ONLINE REPUTATIONS MANAGER, LLC
389. ORCHID FIVE, LLC

390. P A S HOLDING LIMITED
391. P WINDUP1 LIMITED
392. P WINDUP2 LIMITED
393. PAM HOLDINGS I, INC.
394. PAM HOLDINGS I, LLC
395. PARADISE ASSET MANAGEMENT, LLC
396. PARALLEL CAPITAL ASSETS, LLC
397. PATENT REVIEW SCORE, INC. A/K/A PATIENT REVIEW SCORE, INC.
398. PB INVESTMENT COMPANY LTD.
399. PBO HOLDINGS, INC.
400. PBX BERMUDA HOLDINGS, LTD.
401. PBX HOLDINGS, LLC
402. PCF HOLDINGS, LLC
403. PCF, LLC F/K/A LITIGATION FUNDING, LLC
404. PELTON GROUP, LLC
405. PELTON HOLDINGS, LLC
406. PEONY FIVE, LLC
407. PERIWINKLE SEVEN, LLC
408. PETUNIA TEN, LLC
409. PHARMA HOLDINGS, LLC
410. PHENNA HOLDINGS, LLC
411. PLAISTOW, LLC
412. POINT OF NO RETURN, INC.
413. POPPY NINE, LLC
414. PPH HOLDINGS, LLC
415. PRACTICE BUILDERS, LLC
416. PREFERRED FINANCIAL CORPORATION, LLC
417. PROACTIVE SOFTWARE HOLDINGS, LLC
418. PROACTIVE SOFTWARE LIMITED
419. PROEDTECH, LLC
420. PROLIMIATE SOLUTIONS HOLDINGS, LLC
421. QAM HOLDINGS I, INC.
422. QUEENSTOWN ASSET MANAGEMENT, INC.
423. R&A EYE MANAGEMENT, LLC
424. RAYMOND, LLC
425. RED EAGLE ENTERPRISES, LLC
426. RED RIVER DEVELOPMENTS, LLC
427. RESEARCH TRIANGLE CLINICAL DEVELOPMENT
428. RESOLUTE FREE PRESS, LLC
429. RINDGE, LLC
430. ROCK HOLDINGS I, LLC F/K/A ROCK HOLDINGS I, INC.
431. ROCKDALE ASSET MANAGEMENT, LLC
432. ROSE FOUR, LLC

433. RUMNEY, LLC
434. SAF HOLDINGS I, LLC
435. SAF HOLDINGS II, LLC
436. SAF HOLDINGS III, LLC
437. SAF HOLDINGS IV, LLC
438. SAM HOLDINGS I, LLC
439. SANDOWN, LLC
440. SECURED LOAN-BACKED FUNDING I, LLC
441. SECURED LOAN-BACKED FUNDING II, LLC
442. SECURED LOAN-BACKED FUNDING III, LLC
443. SECURED LOAN-BACKED FUNDING IV, LLC
444. SECURED LOAN-BACKED FUNDING V, LLC
445. SECURED LOAN-BACKED FUNDING VI, LLC
446. SECURED LOAN-BACKED FUNDING VII, LLC
447. SECURED LOAN-BACKED FUNDING VIII, LLC
448. SECURED LOAN-BACKED FUNDING IX, LLC
449. SECURED LOAN-BACKED FUNDING X, LLC
450. SECURED LOAN-BACKED FUNDING XI, LLC
451. SECURED LOAN-BACKED FUNDING XII, LLC
452. SECURED LOAN-BACKED FUNDING XIII, LLX
453. SECURED LOAN-BACKED FUNDING XIV, LLC
454. SECURED LOAN-BACKED FUNDING XV, LLC
455. SECURED LOAN-BACKED FUNDING XVI, LLC
456. SECURED LOAN-BACKED FUNDING XVII, LLC
457. SEDWICK, LLC
458. SFM LOAN-BACKED FUNDING, LLC
459. SHIRT, LLC
460. SHOP LOC HOLDINGS, LLC
461. SHOPPER LOCAL, LLC
462. SIC US HOLDINGS, LLC
463. SKYWORLD CORPORATION
464. SN GROUP DEVELOPMENT, LLC
465. SNA CAPITAL, LLC N/K/A GBIG CAPITAL, LLC
466. SNA FUNDING, LLC
467. SNH ACQUISITION, LLC
468. SOCRATES HEALTHCARE, INC.
469. SOMERSWORTH, LLC
470. SOUTH HILL HOLDINGS, LLC
471. SOUTHEAST INSURANCE CAPITAL, LLC
472. SP HOLDCO, LLC
473. SPEEDY SERVICES, LLC
474. SSH CAPITAL, LLC
475. STANDARD ASSETS FUND I, LLC

476. STANDARD ASSETS FUND II, LLC
477. STANDARD ASSETS FUND III, LLC
478. STANDARD ASSETS FUND IV, LLC
479. STANDARD INSURANCE HOLDINGS, INC.
480. STANDARD LC CAPITAL, LLC
481. STANDARD LC HOLDINGS, LLC
482. STANDARD PACIFIC INVESTMENTS PTY LTD.
483. STODDARD, LLC
484. STRATFORD HOLDCO, LLC N/K/A STRATCO HOLDINGS, LLC
485. STRATFORD PHARMACEUTICALS, LLC
486. STRATHAM, LLC
487. STUNNER PRODUCTIONS, LLC
488. SUMMERVILLE ASSET MANAGEMENT, LLC
489. SW HOLDINGS, LLC
490. SUNBIZ RESOURCES, LLC
491. SUNFLOWER SIX, LLC
492. SWANZEY, LLC
493. SWEET CONSULTANTS, LLC
494. TAC HOLDINGS, LLC
495. TAC HOME MORTGAGE, LLC
496. TAC INVESTMENTS, LLC,
497. TALARIA GLOBAL HEALTH, LLC
498. TALENT ACQUISITION INNOVATION HOLDINGS, LLC
499. TALENT ACQUISITION INNOVATION, LLC
500. TARGETED METRICS, LLC
501. TCC JUNIOR LOAN-BACKED FUNDING, LLC
502. TCC SENIOR LOAN-BACKED FUNDING, LLC
503. TCI LOAN-BACKED FUNDING, LLC F/K/A TCI LOAN BACK SECURITY
504. FUNDING, LLC
505. TECHDATE CORP.
506. TESLA MANAGEMENT, INC.
507. THE AMERICAN COUNCIL ON ENGLISH LANGUAGE PROGRAM CERTIFICATION, INC.
508. THE AMERICAN COUNCIL, INC.
509. THE ONLINE REHAB LIMITED
510. TIAM HOLDINGS I, LLC
511. TIER 1 LENDING HOLDINGS, LLC
512. TIER 1 LENDING, LLC F/K/A TIER ONE FUNDING, LLC
513. TORNADO, LLC
514. TRIER HOLDING B.V.
515. TRITON FINANCIAL LIMITED
516. TV FANFARE CANADA LTD / TV FANFARE CANADA LTÉE
517. TYBEE ISLAND ASSET MANAGEMENT, LLC F/K/A TYBEE ISLAND

|      |                                              |
|------|----------------------------------------------|
|      | ASSET MANAGEMENT, INC.                       |
| 518. | UAM HOLDINGS I, INC.                         |
| 519. | UK ASSET FUND HOLDINGS, LLC                  |
| 520. | UK FINTECH HOLDINGS, LLC                     |
| 521. | UK AUTOMOTIVE HOLDINGS, LLC                  |
| 522. | UK INFORMATICA INVESTMENTS, LLC              |
| 523. | UK INVESTMENT HOLDINGS, LLC                  |
| 524. | UK MARVAL INVESTMENTS, LLC                   |
| 525. | UKAT HOLDINGS, LLC                           |
| 526. | UKAT INTERCO LIMITED                         |
| 527. | UKAT INVESTMENTS LIMITED                     |
| 528. | ULTIMATE ADVISORS, LLC                       |
| 529. | UNDERSTAND.COM, LLC                          |
| 530. | UNDERSTAND.COM HOLDING, LLC                  |
| 531. | UNIT 77, LLC                                 |
| 532. | UNITED STAFFING SOLUTIONS, LLC               |
| 533. | UTOPIA ASSET MANAGEMENT, INC.                |
| 534. | VALDOSTA, LLC                                |
| 535. | VAM HOLDINGS I, INC.                         |
| 536. | VAN RU CREDIT CORPORATION                    |
| 537. | VAN RU INTERNATIONAL, INC.                   |
| 538. | VENTURA ASSET MANAGEMENT, INC.               |
| 539. | VIOLET ONE, LLC                              |
| 540. | VIP HUB SERVICES, LLC                        |
| 541. | VISION CARE ALLIANCE, LLC                    |
| 542. | VR COLLECTIONS, LLC                          |
| 543. | VR ENTERPRISES, LLC                          |
| 544. | VRC HOLDINGS, LLC                            |
| 545. | WACO ASSET MANAGEMENT, INC.                  |
| 546. | WACO HOLDINGS I, INC.                        |
| 547. | WC HOLDINGS, LLC                             |
| 548. | WCS RESOURCES, LLC                           |
| 549. | WEARE, LLC                                   |
| 550. | WEB COURSEWORKS, LLC                         |
| 551. | WESTERN BANCORP, INC.                        |
| 552. | WESTERNB HOLDINGS, LLC                       |
| 553. | WESTERNB INVESTMENTS, LLC                    |
| 554. | WHITAKER MILL, LLC F/K/A TRIVIAL, LLC        |
| 555. | WHITE LILY, LLC                              |
| 556. | WILLIAM STREET ASSET MANAGEMENT LIMITED      |
| 557. | WILLIAMSON, LLC                              |
| 558. | WINN OVER ENTERPRISES, LLC                   |
| 559. | WOLFEBORO, LLC                               |

560. WPP CAPITAL, LLC
561. WPSC HOLDCO, LLC
562. WPSC INVESTMENTS, LLC
563. WSAM HOLDINGS LIMITED
564. WYO TECH INVESTMENTS LLC
565. YARAS GROUP, LLC
566. YARROW THREE, LLC
567. YELLOW CARNATION, LLC
568. YELLOW LOTUS, LLC
569. YELLOW MAGNOLIA, LLC
570. YELLOW SUNFLOWER, LLC
571. ZAM HOLDINGS I, INC.
572. ZEN SERVICES, INC.
573. ZION ASSET MANAGEMENT, INC