UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| JOHN JOHNSTON and EDWARD WILLMOTT, as Joint Official Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., as Joint Provisional Liquidators on behalf of NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD., and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 23-01000 (LGB) |

**NOTICE OF PRESENTMENT OF JUDGMENT**
**AS TO DEFENDANT CHRISTOPHER HERWIG**

**PLEASE TAKE NOTICE** that, upon the annexed Joint Motion for Entry of Judgment (the "Motion") of Plaintiffs John Johnston and Edward Willmott of Deloitte Financial Advisory Ltd., Bermuda, in their capacity as the Joint Official Liquidators and authorized foreign representatives for PB Life and Annuity Co., Ltd. (in liquidation), and the Joint Provisional

Liquidators and authorized foreign representatives for Northstar Financial Services (Bermuda) Ltd. (in liquidation), Omnia Ltd. (in liquidation), and PB Investment Holdings Ltd. (in liquidation), and Defendant Christopher Herwig, the undersigned will present for signature the proposed Judgment annexed to the Motion as Exhibit 1 (the "Judgment"), to the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on **February 4, 2025, at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that the objections, if any, to entry of the Judgment must be made in writing, shall state with particularity the reasons for the objection, and shall be served upon and received by the undersigned and filed with the Clerk, United States Bankruptcy Court, Alexander Hamilton Courthouse, One Bowling Green, New York, New York 10004, and delivered to Judge Beckerman's chambers, no later than **11:30 a.m. (prevailing Eastern Time) on February 4, 2025**.

**PLEASE TAKE FURTHER NOTICE** that unless timely objections are filed, the Judgment may be signed without a hearing.

Dated: January 27, 2025
       New York, New York

                              STEVENS & LEE, P.C.

                              By:    */s/ Nicholas F. Kajon*
                                     Nicholas F. Kajon
                                     Constantine D. Pourakis
                                     Wade D. Koenecke (*pro hac vice*)
                                     485 Madison Avenue, 20th Floor
                                     New York, New York 10022
                                     Telephone: 212-319-8500
                                     nicholas.kajon@stevenslee.com
                                     constantine.pourakis@stevenslee.com
                                     wade.koenecke@stevenslee.com

                                     *Counsel for Plaintiffs*

SL1 2612654v1 114825.00001