Hearing Date: **July 31, 2025 at 10:00 a.m.**
Objection Deadline: **July 24, 2025 at 5:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PB LIFE AND ANNUITY CO., LTD., *et al.*, | Case No. 20-12791 (LGB) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |
| JOHN JOHNSTON and ELIZABETH CAVA, as Joint Official Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., as Joint Provisional Liquidators on behalf of NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD., and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD., | Adv. Proc. No. 23-01000 (LGB) |
| Plaintiffs, | |
| v. | |
| GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al.*, | |
| Defendants. | |

### NOTICE OF HEARING ON MOTION FOR APPROVAL OF SETTLEMENT REGARDING DISTRIBUTION OF PROCEEDS OF SALE OF CLANWILLIAM GROUP DEFENDANTS AND DISMISSING ADVERSARY PROCEEDING AS <u>AGAINST CLANWILLIAM GROUP DEFENDANTS</u>

**PLEASE TAKE NOTICE** that on **July 31, 2025 at 10:00 a.m.** (**Prevailing Eastern Time**), a hearing (the "Hearing") will be held before the Honorable Lisa G. Beckerman, to consider the *Motion for Approval of Settlement Regarding Distribution of Proceeds of Sale of Clanwilliam Group Defendants and Dismissing Adversary Proceeding As Against Clanwilliam Group Defendants* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Motion must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Southern District of New York, setting forth in writing the basis thereof. Any such response or objection must be filed with the Bankruptcy Court and served on undersigned counsel no later than **July 24, 2025 at 5:00 p.m. (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will only be conducted via video conference. Parties should not appear in person and those wishing to participate in the Hearing must make arrangements through Zoom. Instructions to appear via Zoom are attached hereto as Exhibit A, Procedures for all Hearings Before Judge Beckerman Being Held by Zoom Video.

Dated: New York, New York
July 7, 2025

        STEVENS & LEE, P.C.
        By:/s/ Nicholas F. Kajon
            Nicholas F. Kajon
            Constantine D. Pourakis
            Wade D. Koenecke (*pro hac vice*)
            485 Madison Avenue, 20th Floor
            New York, New York 10022
            Telephone: 212-319-8500
            Facsimile: 212-319-8505
            nicholas.kajon@stevenslee.com
            constantine.pourakis@stevenslee.com
            wade.koenecke@stevenslee.com

        *Counsel for the Plaintiffs*