**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PB LIFE AND ANNUITY CO., LTD., *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 20-12791 (LGB)<br><br>(Jointly Administered) |
| MARCIN CZARNOCKI and ELIZABETH CAVA, as Joint Official Liquidators on behalf of PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., and OMNIA LTD., as Joint Provisional Liquidators on behalf of PB INVESTMENT HOLDINGS LTD., and PB LIFE AND ANNUITY CO., LTD., NORTHSTAR FINANCIAL SERVICES (BERMUDA) LTD., OMNIA LTD., and PB INVESTMENT HOLDINGS LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGREY EVAN LINDBERG A/K/A GREG EVAN LINDBERG, *et al.*,<br><br>Defendants. | Adv. Proc. No. 23-01000 (LGB) |

## **CERTIFICATE OF SERVICE**

Constantine D. Pourakis hereby certifies that on October 7, 2026, true and correct copies of the following:

1. *Notice of Hearing on Motion for Approval of Agreement Settling Adversary Proceeding Against Damovo Group Defendants and Seller Group [Doc. 558];*

2. *Motion for Approval of Agreement Settling Adversary Proceeding Against Damovo Group Defendants and Seller Group [Doc. 558-1];*

3. *Exhibit A – Settlement Agreement [Doc. 558-2];*

4. *Exhibit B – Proposed Order Approving Settlement [Doc. 558-3];*

5. *Declaration of Marcin Czarnocki In Support of Motion for Approval of Agreement Settling Adversary Proceeding Against Damovo Group Defendants and Seller Group [Doc. 558-4]*

were served on all parties in interest through the Court's CM/ECF system and on all parties set forth on the attached Service List by Federal Express overnight delivery.

Dated: New York, New York
October 7, 2026

STEVENS & LEE

By: */s/ Constantine D. Pourakis*
Constantine D. Pourakis

*Counsel for Plaintiffs*

**SERVICE LIST**

| | |
|---|---|
| Norman N. Kinel, Esq.<br>Squire Patton Boggs (US) LLP<br>1211 Avenue of the Americas, 26th Floor<br>New York, NY 10136 | Wes J. Camden, Esq.<br>Caitlin M. Poe, Esq.<br>Williams Mullen<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601 |
| Aaron Z. Tobin, Esq.<br>Jared T.S. Pace, Esq.<br>Condon Tobin Sladek Thornton Nerenberg PLLC<br>8080 Park Lane, Suite 700<br>Dallas, TX 75231 | William Janvier, Esq.<br>Stevens, Martin, Vaughn & Tadych<br>2225 W. Millbrook Road<br>Raleigh, NC 27612 |
| Michael L. Martinez, Esq.<br>Grier Wright Martinez, PA<br>521 E. Morehead St., Suite 440<br>Charlotte, NC 28202 | Derek A. Sutton, Esq.<br>K&L Gates LLP<br>301 Hillsborough St., Suite 1200<br>Raleigh, NC 27603 |
| Charles A. Jones, Esq.<br>Troutman Pepper Locke LLP<br>1001 Haxall Point, 15th Floor<br>Richmond, VA 23219 | Peter J. Haley, Esq.<br>Nelson Mullins Riley & Scarborough LLP<br>One Financial Center<br>Boston, MA 02111 |
| Alan F. Kaufman, Esq.<br>Nelson Mullins Riley & Scarborough LLP<br>280 Park Avenue, 15th Floor West<br>New York, NY 10017 | Christopher J. Blake, Esq.<br>Nelson Mullins Riley & Scarborough LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612 |
| John A. Sullivan, Esq.<br>Amy S. Conners, Esq.<br>Brian J. Linnerooth, Esq.<br>Best & Flanagan LLP<br>60 South Sixth Street, Suite 2700<br>Minneapolis, MN 55402 | Michael L. Pahmer, Esq.<br>Steptoe & Johnson LLP<br>1114 Avenue of the Americas<br>New York, NY 10036 |
| Michele L. Jacobson, Esq.<br>Francis Healy, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 | Brett Goodman, Esq.<br>Arent Fox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019 |
| Courina Yulisa, Esq.<br>Rachel P. Stoian, Esq.<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019-6119 | Milo Steven Marsden, Esq.<br>Steven T. Waterman, Esq.<br>Dorsey & Whitney LLP<br>111 South Main Street, Suite 2100<br>Salt Lake City, UT 84111-2176 |

| | |
|---|---|
| Allen G. Kadish, Esq.<br>Linda S. Roth, Esq.<br>Harrison H.D. Breakstone, Esq.<br>Archer & Greiner, P.C.<br>1211 Avenue of the Americas<br>New York, NY 10036 | Matthew Nis Leerberg, Esq.<br>Fox Rothschild LLP<br>434 Fayetteville Street, Suite 2800<br>Raleigh, NC 27601-2943 |
| Christopher E. Herwig<br>908 Cowper Drive<br>Raleigh, NC 27608 | Everett Gaskins Hancock LLP<br>Attn: Michael J. Byrne, Esq.<br>The Historic Briggs Hardware Building<br>220 Fayetteville Street, Suite 300<br>Raleigh, NC 27601 |
| Eric D. Bostic<br>1221 Hadley Park Lane<br>Matthews, NC 28104 | Thomas J. Sansone, Esq.<br>Todd R. Michaelis, Esq.<br>Carmody Torrance Sandak & Hennessey LLP<br>50 Leavenworth Street<br>Waterbury, CT 06702 |
| Liam O'Brien, Esq.<br>McCormick & O'Brien LLP<br>9 East 40th Street<br>New York, NY 10016 | James C. Lanik, Esq.<br>Chris W. Haaf, Esq.<br>Waldrep Wall Babcock & Bailey, PLLC<br>370 Knollwood Street, Suite 600<br>Winston-Salem, NC 27103-1864 |
| David M. Posner, Esq.<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 | William E. Curtin, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| Elliot S. Abrams, Esq.<br>Cheshire Parker Schneider, PLLC<br>133 Fayetteville Street, Suite 400<br>Raleigh, NC 27602 | Tracy Klestadt, Esq.<br>Brendan M. Scott, Esq.<br>Klestadt Winters Jureller Southard & Stevens, LLP<br>200 West 4th Street, 17th Floor<br>New York, NY 10036 |
| John M. Skakun III, Esq.<br>Jackson T. Garvey, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 | Barry M. Kazan, Esq.<br>Mintz & Gold<br>600 Third Avenue, 25th Floor<br>New York, NY 10016 |
| Clyde & Co.<br>Attn: Michael A. Knoerzer, Esq. and Kyley Knoerzer, Esq.<br>405 Lexington Avenue<br>New York, NY 10174 | Nicole A. Sullivan, Esq.<br>White and Williams LLP<br>7 Times Square, Suite 2900<br>New York, NY 10036-6524 |

| | |
|---|---|
| Clyde & Co US LLP<br>Attn: Clinton Cameron, Esq.<br>Meghan C. Dalton, Esq.<br>55 West Monroe Street, Suite 3000<br>Chicago, IL 60603 | Oscar Manguy and Karla Meza<br>c/o Cervantes Hodges Law Firm<br>Attn: Antonio Cervantes, Esq.<br>The Gateway Building<br>333 H Stret, Suite 5000<br>Chula Vista, CA 91910 |
| Mike Dinius, CEO and President<br>Noble Consulting Services, Inc.<br>211 N. Pennsylvania Street, Suite 2350<br>Indianapolis, IN 46204 | SunTrust Financial Services, Inc.<br>Attn: R. Alex Null, Senior Vice President and Senior Product Manager<br>303 Peachtree Street NE, Suite 140<br>Atlanta, GA 30303 |
| Mike Dinius, CEO and President<br>Noble Consulting Services, Inc.<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 | John Murphy, Vice President and Director of Market Regulations<br>Noble Consulting Services, Inc.<br>211 N. Pennsylvania Street, Suite 2350<br>Indianapolis, IN 46204 |
| John Murphy, Vice President and Director of Market Regulations<br>Noble Consulting Services, Inc.<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 | Law Offices of Charles A. Gruen<br>381 Broadway, Suite 300<br>Westwood, NJ 07675 |
| Melanie L. Cyganowski, as Equity Receiver for Platinum Partners Credit Opportunities Master Fund LP<br>c/o Otterbourg P.C.<br>Attn: Andrew Seth Halpern, Esq. and Eric Bradley Weinick, Esq.<br>230 Park Avenue, Suite 2900<br>New York, NY 10169 | PBX Holdings, LLC<br>Attn: Registered Agent<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 |
| PBX Bermuda Holdings, Ltd.<br>3406 Stagecoach Road<br>Durham, NC 27713 | BMX Holdings LLC<br>Attn: Registered Agent<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 |
| PBX Bermuda Holdings Ltd.<br>Canon's Court<br>22 Victoria Street<br>Hamilton HM 12<br>Bermuda | Global Growth<br>Attn: Registered Agent<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 |
| BMX Holdings Bermuda, Ltd.<br>Victoria Place, 5th Floor<br>31 Victoria Street<br>Hamilton, HM 10<br>Bermuda | Robert A. Rich, Esq.<br>Hunton Andrews Kurth LLP<br>200 Park Avenue<br>New York, NY 10166 |

| | |
|---|---|
| Office of the United States Trustee for the Southern District of New York<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: Shannon Scott, Esq. | Patrick Ashby, Esq.<br>Michael Pilcher, Esq.<br>Linklaters LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| W. Michael Dowling, Esq.<br>The Dowling Firm PLLC<br>2424 Glenwood Avenue<br>Suite 101-B<br>Raleigh, NC 27608 | Jay Hellman, Esq.<br>Westerman Ball Ederer Miller Zucker & Sharfstein, LLP<br>1201 RXR Plaza<br>Uniondale, NY 11556 |
| Luis F. Llach-Zúñiga<br>Casillas Santiago Torres LLC<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419 | Samantha Ruppenthal, Esq.<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016 |
| Craig D Schauer, Esq.<br>Schauer & Shelton LLP<br>13200 Strickland Rd<br>Suite 114-329<br>Raleigh, NC 27613 | |